

CHARLES H. CHEVALIER
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4611 Fax: (973) 639-6263
cchevalier@gibbonslaw.com

March 8, 2023

**VIA ECF**

Honorable Tonianne J. Bongiovanni, U.S.M.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Federal Building & U.S.
Courthouse
402 East State Street, Room 4050
Trenton, New Jersey 08608

      **Re:**    ***AstraZeneca Pharmaceuticals LP et al. v. Natco Pharma Limited and***
               ***Natco Pharma Inc.***
               **Civil Action No.: 3:23-cv-796 (ZNQ) (TJB)**

Dear Judge Bongiovanni:

      This firm, together with Williams & Connolly LLP, represents Plaintiffs AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, Kudos Pharmaceuticals Limited, The University of Sheffield, and MSD International Business GmbH in the above-referenced matter. With Midlige and Richter LLC and Rakoczy Molino Mazzochi & Siwik, counsel for Defendants Natco Pharma Limited and Natco Pharma Inc., we write to submit the attached Stipulation and Proposed Order Regarding Service of Summons and Complaint and For Extension of Time to Answer or Otherwise Respond to the Complaint for the Court's consideration. If your Honor finds the Stipulation acceptable, the parties respectfully request that Your Honor "So-Order" the document and direct its entry on the docket.

      Should the Court require anything further, the parties will make themselves available at the Court's convenience. The parties thank the Court for its time and assistance in this matter.

                            Respectfully submitted,

                            s/ Charles H. Chevalier
                            Charles H. Chevalier

Attachment
cc: All counsel of record (via ECF and email)