**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTREZENECA UK LIMITED, KUDOS PHARMACEUTICALS LIMITED, THE UNIVERSITY OF SHEFFIELD, and MSD ONCOLOGY GMBH,<br><br>*Plaintiffs*,<br><br>v.<br><br>NATCO PHARMA LIMITED and NATCO PHARMA INC.,<br><br>*Defendants*. | Civil Action No. 3:23-cv-796(ZNQ)(TJB) |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An Order of the Court granting an application to appear *pro hac vice* within this matter has been entered (ECF No. 22); and

2. The Admission Fee, in the amount of $150, pursuant to L. Civ. R. 101.1(c)(3), has been paid to the Clerk of the Court.

Respectfully submitted,

Dated: May 2, 2023
Newark, New Jersey

s/ Charles H . Chevalier
Charles H. Chevalier

**PRO HAC VICE ATTORNEY INFORMATION:**

Name: David I. Berl

Address: Williams & Connolly LLP
680 Maine Ave SW
Washington, DC 20024

Email: dberl@wc.com