MIDLIGE RICHTER, LLC
645 Martinsville Road
Basking Ridge, New Jersey 07920
(908) 626-0622
James S. Richter

*Attorneys for Defendants,*
*Natco Pharma Limited and*
*Natco Pharma Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ————————————————— x<br>:<br>:<br>ASTRAZENECA PHARMACEUTICALS LP, :<br>ASTRAZENECA UK LIMITED, KUDOS :<br>PHARMACEUTICALS LIMITED, THE :<br>UNIVERSITY OF SHEFFIELD, and MSD :<br>INTERNATIONAL BUSINESS GMBH, :<br>:<br>       Plaintiffs, :<br>:<br>v. :<br>:<br>NATCO PHARMA LIMITED and NATCO :<br>PHARMA INC., :<br>:<br>       Defendants. :<br>:<br>————————————————— x | Honorable Robert Kirsch, U.S.D.J.<br><br>Civil Action No. 23 CV 796 (RK)(TJB)<br><br><br><br><br>**NOTICE OF MOTION ON CONSENT TO FILE AN AMENDED ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIMS PURSUANT TO LOCAL CIVIL RULE 15.1 AND FED.R.CIV.P. 15(D)**<br><br><br>Return Date: October 2, 2023 |

**TO:**   ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that on October 2, 2023, at 9:00 a.m., or as soon thereafter as

counsel may be heard, Defendants Natco Pharma Limited and Natco Pharma Inc.("Natco") will

move before the Honorable Tonianne J. Bongiovanni, U.S.M.J., at the United States District Court,

Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey 08608,

pursuant to Local Civil Rule 15.1 and Fed.R.Civ.P. 15(d), for an Order granting leave for Natco to file an Amended Answer, Affirmative Defenses and Counterclaims.

**PLEASE TAKE FURTHER NOTICE** that Natco shall rely upon the accompanying Declaration submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs consent to the relief requested and to the filing of the Amended Answer and Counterclaim.

MIDLIGE RICHTER LLC
*Attorneys for Defendants, Natco Pharma Limited and Natco Pharma Inc.*

By:      *s/ James S. Richter*
              James S. Richter
              jrichter@midlige-richter.com

Dated:  August 29, 2023

*OF COUNSEL:*

Kevin E. Warner (kwarner@rmmslegal.com)
Paul J. Molino (paul@rmmslegal.com)
Greg L. Goldblatt (ggoldblatt@rmmslegal.com)
William A. Rakoczy (wrakoczy@rmmslegal.com)
**RAKOCZY MOLINO MAZZOCHI SIWIK LLP**
6 West Hubbard Street, Suite 500
Chicago, IL 60654
Tel: 312 527-2157

2

## **CERTIFICATION OF SERVICE**

I hereby certify that on August 29, 2023, copies of the foregoing Notice of Motion and supporting documents were electronically filed and served by notice of electronic filing upon all counsel of record.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

s/ James S. Richter<br>
James S. Richter<br>
jrichter@midlige-richter.com

Dated: August 29, 2023