

CHARLES H. CHEVALIER
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4611 Fax: (973) 639-6263
cchevalier@gibbonslaw.com

September 22, 2023

**VIA ECF**

Honorable Tonianne J. Bongiovanni, U.S.M.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Federal Building & U.S.
Courthouse
402 East State Street, Room 4050
Trenton, New Jersey 08608

> Re:    ***AstraZeneca Pharmaceuticals LP et al. v. Natco Pharma Limited and Natco Pharma Inc.***
> <u>**Civil Action No.: 3:23-cv-00796 (RK) (TJB)**</u>

Dear Judge Bongiovanni:

This firm, together with Williams & Connolly LLP, represents Plaintiffs AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, Kudos Pharmaceuticals Limited, The University of Sheffield, and MSD International Business GmbH in the above-referenced matter. We write to request a three-week extension of the deadline to serve Initial Disclosures. The current deadline is September 22, 2023 (ECF No. 31). With the requested three-week extension, the new deadline would be October 13, 2023. This deadline has not been previously extended and no other dates in the current schedule (ECF No. 31) are impacted by this request. Defendants consent to this request. If your Honor finds this request  acceptable, we respectfully request that Your Honor "So-Order" this letter and direct its entry on the docket.

Should the Court require anything further, the parties will make themselves available at the Court's convenience. The parties thank the Court for its time and assistance in this matter.

Respectfully submitted,

 s/ Charles H. Chevalier
Charles H. Chevalier

cc: All counsel of record (via ECF and email)