# GIBBONS

CHARLES H. CHEVALIER
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4611 Fax: (973) 639-6263
cchevalier@gibbonslaw.com

October 10, 2023

**VIA ECF**

Honorable Tonianne J. Bongiovanni, U.S.M.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Federal Building & U.S.
Courthouse
402 East State Street, Room 4050
Trenton, New Jersey 08608

> **Re:**   ***AstraZeneca Pharmaceuticals LP et al. v. Natco Pharma Limited and***
> ***Natco Pharma Inc.***
> **Civil Action No.: 3:23-cv-00796 (RK) (TJB)**

Dear Judge Bongiovanni:

     This firm, together with Williams & Connolly LLP, represents Plaintiffs AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, Kudos Pharmaceuticals Limited, The University of Sheffield, and MSD International Business GmbH ("Plaintiffs") in the above-referenced matter. We write jointly with Midlige and Richter LLC and Rakoczy Molino Mazzochi Siwik LLP, counsel for Defendants Natco Pharma Limited and Natco Pharma Inc., to jointly submit for the Court's consideration the attached Stipulation and Proposed Order for the Extension of Time for Plaintiffs to Respond to Defendants' First Amended Answer, Affirmative Defenses and Counterclaim. If Your Honor finds the document acceptable, the parties respectfully request that Your Honor "So-Order" the Proposed Order and direct its entry on the docket.

     If the Court would like to discuss this matter with the parties, the parties will make themselves available at the Court's convenience. The parties thank the Court for its time and assistance in this matter.

                  Respectfully submitted,

                 s/ Charles H. Chevalier
                 Charles H. Chevalier

cc: All counsel of record (via ECF and email)