Charles H. Chevalier
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
Telephone No.: (973) 596-4500
cchevalier@gibbonslaw.com

*Of Counsel:*

David I. Berl
Elise Baumgarten
Kevin Hoagland-Hanson
Rebecca A. Carter
WILLIAMS & CONNOLLY LLP
725 12th St. NW
Washington, DC 20005
(202) 434-5000
dberl@wc.com
ebaumgarten@wc.com
khoagland-hanson@wc.com
rebeccacarter@wc.com

*Attorneys for Plaintiffs AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, Kudos Pharmaceuticals Limited, The University of Sheffield, and MSD International Business GmbH*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, KUDOS PHARMACEUTICALS LIMITED, THE UNIVERSITY OF SHEFFIELD, and MSD INTERNATIONAL BUSINESS GMBH,<br><br>   *Plaintiffs*,<br> v.<br><br>NATCO PHARMA LIMITED and NATCO PHARMA INC.,<br>   *Defendants.* | C.A. No. 3:23-cv-00796 (RK)(TJB)<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME** |

Plaintiffs AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, Kudos Pharmaceuticals Limited, The University of Sheffield, and MSD International Business GmbH (collectively, "Plaintiffs"), and Defendants Natco Pharma Limited and Natco Pharma, Inc. (collectively, "Defendants"), hereby submit this Joint Stipulation and Proposed Order.

WHEREAS, Plaintiffs filed their Complaint in the instant action on February 10, 2023 (ECF No. 1); and

WHEREAS, Defendants filed an Answer, Affirmative Defenses and Counterclaim on April 17, 2023 (ECF No. 12); and

WHEREAS, Plaintiffs filed an Answer to Defendants' Counterclaims and Affirmative Defenses on May 8, 2023 (ECF No. 27); and

WHEREAS, Defendants filed a First Amended Answer, Affirmative Defenses and Counterclaim on September 5, 2023 (ECF No. 36); and

WHEREAS, the deadline for Plaintiffs to answer, move or otherwise respond to Defendants' First Amended Answer, Affirmative Defenses and Counterclaim is October 10, 2023 (Clerk's Text Order, Sept. 13, 2023);

IT IS HEREBY STIPULATED AND AGREED by and between the parties, subject to the approval of the Court:

1. The deadline for Plaintiffs to answer, move or otherwise respond to Defendants' First Amended Answer, Affirmative Defenses and Counterclaim (ECF No. 36) in the above-captioned proceeding is extended through and including October 24, 2023.

Dated: October 10, 2023

s/ Charles H. Chevalier                                  s/ James S. Richter_____
Charles H. Chevalier                                     James S. Richter

| | |
|---|---|
| **GIBBONS P.C.**<br>One Gateway Center<br>Newark, New Jersey 07102-5310<br>Telephone No.: (973) 596-4500<br>cchevalier@gibbonslaw.com<br><br>*Of Counsel:*<br><br>David I. Berl<br>Elise Baumgarten<br>Kevin Hoagland-Hanson<br>Rebecca A. Carter<br>WILLIAMS & CONNOLLY LLP<br>725 12th St. NW<br>Washington, DC 20005<br>(202) 434-5000<br>dberl@wc.com<br>ebaumgarten@wc.com<br>khoagland-hanson@wc.com<br>rebeccacarter@wc.com<br><br>*Attorneys for Plaintiffs AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, Kudos Pharmaceuticals Limited, The University of Sheffield, and MSD International Business GmbH* | MIDLIDGE RICHTER LLC<br>645 Martinsville Road<br>Basking Ridge, New Jersey 07920<br>(908) 626-0622<br>jrichter@midlige-richter.com<br><br>*Of Counsel:*<br><br>Kevin Warner<br>William A. Rakoczy<br>Paul J. Molino<br>Greg L. Goldblatt<br>RAKOCZY MOLINO MAZZOCHI SIWIK LLP<br>6 West Hubbard Street, Suite 500<br>Chicago, Illinois 60654<br>(312) 527-2157<br><br>*Attorneys for Defendants Natco Pharma Ltd. and Natco Pharma, Inc.* |

 

It is on this <u>11th</u> day of <u>October</u>, 2023
**SO ORDERED**.

<u>s/Tonianne J. Bongiovanni</u>
Hon. Tonianne J. Bongiovanni

3