

CHARLES H. CHEVALIER
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4611 Fax: (973) 639-6263
cchevalier@gibbonslaw.com

November 14, 2023

**VIA ECF**

Honorable Tonianne J. Bongiovanni, U.S.M.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street, Room 4050
Trenton, New Jersey 08608

      Re:    *AstraZeneca Pharmaceuticals LP et al. v. Natco Pharma Limited and Natco Pharma Inc.*
              **Civil Action No.: 3:23-cv-00796 (RK) (TJB)**

Dear Judge Bongiovanni:

      This firm, together with Williams & Connolly LLP, represents Plaintiffs AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, Kudos Pharmaceuticals Limited, The University of Sheffield, and MSD International Business GmbH ("Plaintiffs") in the above-referenced matter. With Midlige and Richter LLC and Rakoczy Molino Mazzochi Siwik LLP, counsel for Defendants Natco Pharma Limited and Natco Pharma Inc. ("Defendants"), we write to respectfully request the following extensions and amendments to the Letter Order setting the schedule as to this matter. (ECF No. 31). The parties may have a further developed assessment of the scope of the disputes in this case following the submission of Defendants' invalidity and noninfringement contentions as proposed on April 12, 2024, and may seek further adjustments to the events and dates proposed below following those submissions.

| Event | Current Date | Proposed Date |
| --- | --- | --- |
| Defendants' Invalidity / Noninfringement Contentions with Accompanying Document Production | January 12, 2024 | April 12, 2024 |
| Status Conference | | A day and time convenient for the Court the week of April 22, 2024 or April 29, 2024. |
| Plaintiffs' Validity / Infringement Contentions with Accompanying Document Production | February 23, 2024 | May 24, 2024 |
| Exchange Claim Terms | March 8, 2024 | June 14, 2024 |
| Exchange Preliminary Claim Constructions and Intrinsic Evidence | March 22, 2024 | June 28, 2024 |

GIBBONS P.C.

November 14, 2023
Page 2

| Exchange Rebuttal Intrinsic and Extrinsic Evidence | April 12, 2024 | July 12, 2024 |
|---|---|---|
| Status Conference | | A day and time convenient for the Court the week of July 15, 2023. |
| Joint Claim Construction Chart | April 19, 2024 | July 26, 2024 |
| Complete Claim Construction Discovery | May 10, 2024 | August 16, 2024 |
| Opening Markman Briefs | June 7, 2024 | September 13, 2024 |

If this is acceptable to the Court, we respectfully request that Your Honor "So-Order" this letter and direct its entry on the docket.

Should the Court would like to discuss this matter with the parties, the parties will make themselves available at the Court's convenience. The parties thank the Court for its time and assistance in this matter.

Respectfully submitted,

 s/ Charles H. Chevalier
Charles H. Chevalier

cc: All counsel of record (via ECF and email)