Eric I. Abraham
William P. Murtha
**Hill Wallack LLP**
21 Roszel Road
Princeton, NJ 08540
T: (609) 924-0808
F: (609) 452-1888
eabraham@hillwallack.com
wmurtha@hillwallack.com

Laura A. Lydigsen (*pro hac vice* pending)
Mark H. Remus (*pro hac vice* pending)
Mary E. LaFleur (*pro hac vice* pending)
**Crowell & Moring LLP**
455 North Cityfront Plaza Drive
NBC Tower, Suite 3600
Chicago, IL 60611
T: (312) 321-4200
F: (312) 321-4299
llydigsen@crowell.com
mremus@crowell.com
mlafleur@crowell.com

Ryan Seewald (*pro hac vice* pending)
**Crowell & Moring LLP**
1601 Wewatta Street, Suite 815
Denver, CO 80202
T: (303) 524-8660
rseewald@crowell.com

*Attorneys for Defendant Sandoz Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, KUDOS PHARMACEUTICALS LIMITED, THE UNIVERSITY OF SHEFFIELD and MSD INTERNATIONAL BUSINESS GMBH, <br><br> Plaintiffs, <br><br> v. <br><br> NATCO PHARMA LIMITED and NATCO PHARMA, INC., <br><br> Defendants. | Civil Action No.: 3:23-cv-796 (RK) (TJB) (Consolidated) |

ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, KUDOS PHARMACEUTICALS LIMITED, THE UNIVERSITY OF SHEFFIELD, and MSD INTERNATIONAL BUSINESS GMBH,

    Plaintiffs,

v.

SANDOZ INC.,

    Defendant.

Civil Action No.:  3:24-cv-641 (RK) (TJB)

## JOINT STIPULATED ORDER OF DISMISSAL

WHEREAS, Plaintiff AstraZeneca Pharmaceuticals LP is the holder of New Drug Application No. 208558 for the manufacture and sale of LYNPARZA® (olaparib) tablets;

WHEREAS, Defendant Sandoz Inc. ("Sandoz") submitted to the U.S. Food and Drug Administration ("FDA) Abbreviated New Drug Application ("ANDA") No. 217936 for olaparib tablets;

WHEREAS, Plaintiffs AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, Kudos Pharmaceuticals Limited, the University of Sheffield, and MSD International Business GmbH (collectively, "Plaintiffs") brought claims in Civil Action No. 3:24-cv-641 against Sandoz for infringement of U.S. Patent No. 7,449,464 ("'464 patent") in connection with Sandoz's submission of ANDA No. 217936; and

WHEREAS, Civil Action No. 3:24-cv-641 was consolidated with Civil Action No. 3:23-cv-796.

**IT IS HEREBY STIPULATED AND AGREED,** by and between Plaintiffs and Sandoz in the above-entitled action, through their counsel of record, that:

1.    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all claims and counterclaims asserted

by Plaintiffs and Sandoz in this action related to the infringement and/or invalidity of the '464 patent shall be and are hereby dismissed without prejudice, including:

    a.    Counts I and II of Plaintiffs' Complaint filed February 2, 2024 in Civil Action No. 3:24-cv-641 (Dkt. 1, ¶¶ 33-51); and

    b.    Counts I and II of Sandoz's Counterclaims filed April 5, 2024 in Civil Action No. 3:24-cv-641 (Dkt. 14, Counterclaims ¶¶ 33-43).

2.    Each party shall bear its own costs, attorneys' fees, and expenses incurred in connection with the claims dismissed by this stipulation.

Dated: April 19, 2024

SO STIPULATED:

By: s/ *Charles H. Chevalier*

Charles Chevalier
GIBBONS P.C.
One Gateway Center
Newark, New Jersey 07102-5310
(973) 596-4611
cchevalier@gibbonslaw.com

*Of Counsel:*
David I. Berl
Elise Baumgarten
Kevin Hoagland-Hanson
Nicholas G. Vincent
Falicia Elenberg
Max C. Accardi
WILLIAMS & CONNOLLY LLP
680 Maine Ave SW
Washington, DC 20024
(202) 434-5000
dberl@wc.com
ebaumgarten@wc.com
khoagland-hanson@wc.com
felenberg@wc.com

By: s/ *Eric I. Abraham*

Eric I. Abraham
William P. Murtha
HILL WALLACK LLP
21 Roszel Road
Princeton, New Jersey 08540
(609) 734-6358
eabraham@hillwallack.com

*Of Counsel:*
Laura A. Lydigsen (*pro hac vice* pending)
Mark H. Remus (*pro hac vice* pending)
Mary E. LaFleur (*pro hac vice* pending)
CROWELL & MORING LLP
455 North Cityfront Plaza Drive
NBC Tower, Suite 3600
Chicago, IL 60611
(312) 321-4200
(312) 321-4299
llydigsen@crowell.com
mremus@crowell.com
mlafleur@crowell.com

Ryan Seewald (*pro hac vice* pending)
CROWELL & MORING LLP

maccardi@wc.com

*Counsel for Plaintiffs AstraZeneca*
*Pharmaceuticals LP,*
*AstraZeneca UK Limited, Kudos*
*Pharmaceuticals Limited,*
*The University of Sheffield, and*
*MSD International Business GmbH*

1601 Wewatta Street, Suite 815
Denver, CO 80202
(303) 524-8660
rseewald@crowell.com

*Counsel for Defendant Sandoz Inc.*

**SO ORDERED:**

April 22, 2024

_____
Hon. Robert Kirsch, U.S.D.J.