UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, KUDOS PHARMACEUTICALS LIMITED, THE UNIVERSITY OF SHEFFIELD, and MSD INTERNATIONAL BUSINESS GMBH,<br><br>*Plaintiffs*,<br><br>v.<br><br>NATCO PHARMA LIMITED and NATCO PHARMA INC.,<br><br>*Defendants*. | Civil Action No. 3:23-796 (RK) (TJB)<br><br>**STIPULATION AND CONSOLIDATED AMENDED PRETRIAL SCHEDULING ORDER** |
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, KUDOS PHARMACEUTICALS LIMITED, THE UNIVERSITY OF SHEFFIELD, and MSD INTERNATIONAL BUSINESS GMBH,<br><br>*Plaintiffs*,<br><br>v.<br><br>SANDOZ INC.,<br><br>*Defendant*. | Civil Action No. 3:24-641 (RK) (TJB)<br>(Consolidated with 3:23-796) |
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, ASTRAZENECA AB, KUDOS PHARMACEUTICALS LIMITED, and MSD INTERNATIONAL BUSINESS GMBH,<br><br>*Plaintiffs*,<br><br>v.<br><br>NATCO PHARMA LIMITED and NATCO PHARMA INC., | Civil Action No. 3:24-5887 (RK) (TJB) |

1

|  |  |
|---|---|
| *Defendants.* | |
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, KUDOS PHARMACEUTICALS LIMITED, THE UNIVERSITY OF SHEFFIELD, and MSD INTERNATIONAL BUSINESS GMBH,<br><br>*Plaintiffs,*<br><br>v.<br><br>SANDOZ INC.,<br><br>*Defendant.* | Civil Action No. 3:24-5889 (RK) (TJB) |

Plaintiffs AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, AstraZeneca AB, Kudos Pharmaceuticals Limited, The University of Sheffield, and MSD International Business GmbH (collectively, "Plaintiffs"), Defendants Natco Pharma Limited, Natco Pharma Inc. (collectively, "Natco"), and Defendant Sandoz Inc. ("Sandoz"), by and through their respective undersigned counsel, have agreed to the following stipulation, subject to the approval of the Court:

**WHEREAS**, the above-captioned actions, Civil Action Nos. 3:23-796, 3:24-641, 3:24-5887, and 3:24-5889 are currently pending in this Court and involve many of the same Plaintiffs, some related patents, and the same active ingredient in each of the Abbreviated New Drug Applications ("ANDA") and referenced New Drug Applications for LYNPARZA® (olaparib) tablets;

**WHEREAS**, the parties concomitantly seek to consolidate these actions for all pretrial purposes; and

**WHEREAS**, the parties agree that consolidation of the above-captioned actions for all pretrial purposes would promote judicial economy and conserve the Court's and the parties' time and resources.

2

NOW THEREFORE, the Parties stipulate to the following consolidated, amended schedule:

| Deadline | Current Case Schedule | Agreed Upon New Date |
|---|---|---|
| Plaintiffs may access[1] Defendants' ANDAs for purposes of prosecuting '530 and '001 patent counts | -- | Earlier of July 8, 2024, or submission of a joint motion to consolidate Civ. A. Nos. 24-5887 and 24-5889 with 23-796 |
| Plaintiffs' Infringement and Validity Contentions re '562 patent | May 24, 2024 | May 24, 2024 |
| Defendants Respond to Complaint for '530 and '001 patents[2] | -- | July 8, 2024 |
| Status Conference (D.I. 71) | -- | July 15, 2024 |
| Plaintiffs Answer Counterclaims for '530 and '001 patents | -- | July 29, 2024 |
| Plaintiffs' Disclosure of Asserted Claims | -- | August 23, 2024 |

---

[1] Access must be consistent with the Confidentiality Order entered in the Consolidated Case, or all agreed upon provisions of the submitted Confidentiality Order in the Consolidated Case until such Confidentiality Order has been entered by the Court.

[2] By agreeing to consolidation and this proposed schedule, Defendants do not waive any right or ability to seek dispositive relief and dismissal of the claims related to the 530 patent through a motion pursuant to Rule 12(c) or Rule 56 of the Federal Rules of Civil Procedure should the appropriate circumstances arise.

| Deadline | Current Case Schedule | Agreed Upon New Date |
|---|---|---|
| re '530 and '001 patents | | |
| Defendants' Invalidity and Noninfringement Contentions re '842, '396, '530, and '001 patents | -- | October 18, 2024 |
| Plaintiffs' Validity and Infringement Contentions re '842, '396, '530, and '001 patents, if applicable | -- | December 12, 2024 |
| Exchange Proposed Claim Terms for Construction | July 12, 2024 | December 20, 2024 |
| Exchange Preliminary Proposed Claim Constructions and Identify Evidence | July 26, 2024 | January 9, 2025 |
| Identify Rebuttal Claim Construction Evidence | August 9, 2024 | January 23, 2025 |
| Submit Joint Claim Construction and Prehearing Statement | August 23, 2024 | February 6, 2025 |
| Completion of Claim Construction Discovery | September 13, 2024 | February 28, 2025 |

4

| Deadline | Current Case Schedule | Agreed Upon New Date |
|---|---|---|
| Opening Markman Submissions | October 11, 2024 | March 27, 2025 |
| Completion of Claim Construction Expert Discovery | November 8, 2024 | April 24, 2025 |
| Responsive Markman Submissions | December 6, 2024 | May 22, 2025 |
| Submit Proposed Schedule to Court re Claim Construction Hearing | December 20, 2024 | May 30, 2025 |
| Claim Construction Hearing | February 2025 | June/July 2025, as the Court's schedule permits |
| Substantial Completion of Document Production | March 21, 2025 | May 15, 2025 |
| Close of fact discovery | June 27, 2025 | August 29, 2025 |
| Opening expert reports | August 15, 2025 | October 17, 2025 |
| Rebuttal expert reports (and opening report on objective indicia by Plaintiffs) | October 3, 2025 | December 5, 2025 |
| Reply expert reports | October 31, 2025 | January 9, 2026 |

| Deadline | Current Case Schedule | Agreed Upon New Date |
|---|---|---|
| Close of expert discovery | December 19, 2025 | March 6, 2026 |
| Opening summary judgment and *Daubert* motions | January 9, 2026 | March 27, 2026 |
| Oppositions to SJ and *Daubert* motions | February 6, 2026 | April 24, 2026 |
| Replies in support of SJ and *Daubert* motions | February 20, 2026 | May 8, 2026 |
| Submission of Joint Pretrial Order | March 20, 2026 | June 5, 2026 |
| Pre-trial Conference | -- | June/ July _____ 2026 (as the court's schedule permits) |
| Trial Ready | April 2026 | June/July 2026 |

**AGREED AND STIPULATED TO:**

Dated: May 29, 2024                                   Respectfully Submitted by:

*/s/ Charles Chevalier*                               */s/ James S. Richter*
Charles Chevalier                                     James S. Richter
**GIBBONS P.C.**                                      **MIDLIGE RICHTER LLC**
One Gateway Center                                    645 Martinsville Road
Newark, New Jersey 07102-5310                         Basking Ridge, New Jersey 07920
(973) 596-4611                                        (908) 626-0622
cchevalier@gibbonslaw.com                             jrichter@midlige-richter.com

Of Counsel:                                           Of Counsel:
                                                      Kevin Warner
                                                      William A. Rakoczy
                                                      Paul J. Molino
                                                      Greg L. Goldblatt

6

David I. Berl
Elise M. Baumgarten
Kevin Hoagland-Hanson
Falicia Elenberg
Nicholas Vincent
Max Accardi
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue SW
Washington, DC 20024
(202) 434-5000
dberl@wc.com
ebaumgarten@wc.com
khoagland-hanson@wc.com
felenberg@wc.com
nvincent@wc.com
maccardi@wc.com

*Attorneys for Plaintiffs*
*AstraZeneca Pharmaceuticals LP,*
*AstraZeneca UK Limited, AstraZeneca AB,*
*Kudos Pharmaceuticals Limited, The*
*University of Sheffield, and MSD*
*International Business GmbH.*

*s/ Eric I. Abraham*
Eric I. Abraham
William P. Murtha
**HILL WALLACK LLP**
21 Roszel Road
Princeton, NJ 08540
(609) 924-0808
eabraham@hillwallack.com

Of Counsel:
Laura A. Lydigsen
Mark. H. Remus
Mary E. LaFleur
**CROWELL & MORING LLP**
555 N. Cityfront Plaza Drive, Suite 3600
Chicago, Illinois 60611
(312) 321-4894
llydigsen@crowell.com
mremus@crowell.com
mlafleur@crowell.com

Ryan Seewald

**RAKOCZY MOLING MAZZOCHI SIWIK LLP**
6 West Hubbard Street, Suite 500
Chicago, Illinois 60654
(312) 527-2157

*Attorneys for Defendants*
*Natco Pharma Ltd. and Natco Pharma, Inc.*

7

**CROWELL & MORING LLP**
1601 Wewatta Street
Suite 815
Denver, CO 80202
(303) 524-8660
rseewald@crowell.com

*Attorneys for Defendant
Sandoz Inc.*

**IT IS SO ORDERED.**

Dated: May 30th, 2024

TONIANNE J. BONGIOVANNI
United States Magistrate Judge

8