# **EXHIBIT H**
# University of Sheffield Website (highlighted)

Search our si





Study        Research        Collaborate        About

## Sheffield Cancer Research

About        News        Events        Funding        Studying cancer at Sheffield        Join us        Information for staff

Home Sheffield Cancer Research Funding

# Funding

The University of Sheffield and the charity Yorkshire Cancer Research have worked together to develop a new multi-million-pound fund, available exclusively to researchers at all career levels at the University, which will lay the foundation for ground-breaking cancer research in years to come.

## On this page:

- **Cancer research funding for Sheffield**
- **Wider cancer research funding opportunities**
- **Would you like to join us at the University of Sheffield?**

## Cancer research funding for Sheffield

In 2005, pioneering research at the University of Sheffield, funded by Yorkshire Cancer Research, successfully demonstrated how PARP inhibitors could be used as a tailored treatment for patients with BRCA mutations.

The discovery was patent-protected and licensed to KuDOS, a pharmaceutical company later acquired by AstraZeneca, who continued the development process and undertook successful clinical trials. This resulted in the development of three drugs called Lynparza, Zejula and Talzenna.

Lynparza – a PARP inhibitor also known as olaparib – became the first cancer drug targeting an inherited genetic fault to be made available on the NHS.

This work has enabled Yorkshire Cancer Research to establish two funds, ringfenced for applications led by University of Sheffield staff: the Yorkshire Cancer Research Sheffield Pioneers fund and the Yorkshire Cancer Research More Life to Live fund (included under the Yorkshire Cancer Research scheme called 'For Healthier, Longer Lives in Yorkshire and Beyond' for 2024).

**Read more on the pioneering work that led to the generation of this new fund.**

## Yorkshire Cancer Research Sheffield Pioneers fund 2024

Proposals must deliver against one or more of the **five themes of the University's cancer research strategy**.

DEFS-OLAP-00000708

Anticipated funding streams available are:

**Fellowships (open to internal and external candidates)**

**Projects**

**Transformative capital investment**

All applications to these funds must go through internal review at the university prior to submission to Yorkshire Cancer Research.

The internal review deadline is 6 November 2023 at 5pm.

**Yorkshire Cancer Research Sheffield Pioneers fund 2024 (internal site)**

## Yorkshire Cancer Research More Life to Live fund 2024

Proposals should test the latest innovations in the NHS or local communities.

The funding streams available are:

**Projects and clinical trials in these areas**

All applications to these funds must go through internal review at the university prior to submission to Yorkshire Cancer Research.

The internal review deadline is 6 November 2023 at 5pm.

**Yorkshire Cancer Research More Life to Live fund 2024 (internal site)**

## External applicants

The above schemes are ringfenced for applications led by University of Sheffield staff.  The exception to this is that fellowships within the Yorkshire Cancer Research Sheffield Pioneers scheme are open to both internal members of staff as well as external candidates.  External applicants must have a nominated mentor/supervisor with a substantive contract at the university.

For both schemes above, external colleagues may join applications as co-applicants.  This includes those based in the higher education sector, the public sector (including NHS), in industry and the charitable sector, whether in the UK or abroad.

*For more information on opportunities and advice, please contact Zoe Lingard, Cancer Research Growth Officer via **cancer_research@sheffield.ac.uk**.*

## Wider cancer research funding opportunities

University of Sheffield researchers are funded from a range of funders, including the Medical Research Council and other UK Research & Innovation councils, charities such as Cancer Research UK and the Wellcome Trust and industrial sponsors.

**University of Sheffield staff can find the latest funding opportunities here**

## Would you like to join us at the University of Sheffield?

DEFS-OLAP-00000709

External applicants may apply for a fellowship through the Yorkshire Cancer Research Sheffield Pioneers scheme. Please contact the team at **cancer_research@sheffield.ac.uk** in the first instance to find out more about available funding and opportunities.

## A global reputation

Sheffield is a research university with a global reputation for excellence. We're a member of the Russell Group: one of the 24 leading UK universities for research and teaching.

**About the University**

**The University of Sheffield**

| | | | |
|---|---|---|---|
| Undergraduate courses | Jobs | Make an online payment | Departments and services |
| Postgraduate taught courses | Information for visitors | Support us | Students' Union |
| PhD study | Player | Student hub | Library |
| Accommodation | Covid-19 | Staff hub | Contact |
| International students | Student policies and protection plan | Alumni | |

Feedback   Privacy   Accessibility   FOI   Modern slavery statement

  

© 2024 The University of Sheffield

The University of Sheffield
Western Bank
Sheffield
S10 2TN
+44 114 222 2000

External applicants may apply for a fellowship through the Yorkshire Cancer Research Sheffield Pioneers scheme. Please contact the team at **cancer_research@sheffield.ac.uk** in the first instance to find out more about available funding and opportunities.

DEFS-OLAP-00000710