

**JAMES S. RICHTER**
Of Counsel
(201) 874-7325 (m)
jrichter@midlige-richter.com

July 11, 2024

**BY ECF**

Honorable Tonianne J. Bongiovanni, U.S.M.J.
United States District Court
Clarkson S. Fisher Federal Building & U.S. Courthouse
Room 6052
402 E. State Street
Trenton, New Jersey 08608

> Re:   ***AstraZeneca Pharmaceuticals LP, et al.  v. Natco Pharma Limited, et al.***
> ***Civil Action No. 23 CV 796 (ZNQ)(TJB)(consolidated)***

Dear Judge Bongiovanni,

This firm, together with Rakoczy Molino Mazzochi Siwik LLP, represents Defendants Natco Pharma Limited and Natco Pharma Inc. (collectively, "Natco") in the above-referenced case. With Hill Wallack LLP and Crowell & Moring LLP, counsel for Defendant Sandoz Inc. ("Sandoz"), and Gibbons P.C. and Williams & Connolly LLP, counsel for Plaintiffs AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, AstraZeneca AB, Kudos Pharmaceuticals Limited, The University of Sheffield, and MSD International Business GmbH (collectively, "Plaintiffs"), we jointly submit for the Court's consideration, and in preparation for the status conference scheduled for Monday, July 15, this status update concerning outstanding disputes between the parties and other pending matters relevant to the above-captioned matter. The parties look forward to discussing these and/or any other matters with Your Honor during Monday's status conference.

**I.     Discovery Dispute Concerning Plaintiffs' Production of Certain Licensing Documents (D.I. 91-92, 96)**

With Plaintiffs' representation to Defendants and this Court that the requested documents reflecting "failed efforts" to negotiate U.S. Patent Nos. 8,859,562 (the "562 patent") do not exist, Defendants agree that this portion of the discovery dispute is moot. *See* ECF No. 91 at 3; ECF No. 96 at 6.

Defendants continue to seek assignments, licenses, and other agreements conferring rights in or to the '562 patent, and U.S Patent Nos. 8,071,579 and 8,143,241.





Honorable Tonianne J. Bongiovanni, U.S.M.J.                    July 11, 2024
                                                                      Page 2

**II.      Supplemental Stipulated Confidentiality Order (D.I. 65)**

The parties have been able to reach agreement on all but one issue related to the proposed Supplemental Stipulated Confidentiality Order. The parties have come to an impasse on one issue in paragraph 27, which concerns the cross-use of Natco's and Sandoz's respective confidential information.  The parties have included in paragraph 27 their respective proposed language for the Court's consideration (ECF No. 65-9) and have set out their respective arguments in brief for Your Honor's consideration (ECF No. 65).

**III.     Amended Invalidity Contentions**

Defendants served their invalidity contentions on May 3, 2024 and Plaintiffs served their responsive validity contentions on May 24, 2024.  On July 1, 2024, Defendants sent Plaintiffs proposed amended invalidity contentions that responded to arguments made in Plaintiffs' May 24, 2024 contentions and asked for Plaintiffs' consent for leave to serve the amended contentions.  On July 2, 2024, Plaintiffs consented so long as Plaintiffs are allowed to serve amended validity contentions that respond to any of Defendants' amendments, to which Defendants agreed.  The parties are preparing a stipulated order to this effect and will submit it for the Court's review and approval.

**IV.      New Patents in this Case**

Plaintiffs represented that they expect a new patent to issue and intend to list same in the Orange Book for Lynparza®.  Plaintiffs also represented that they will file suit against Defendants when said new patent issues, alleging that Natco's and Sandoz's proposed ANDA products, respectively, infringe the allowed claims of the new patent. The parties are discussing how to address these intended actions.

**V.       Consolidation of Civil Action No. 24-cv-7346**

Plaintiffs recently filed a complaint for patent infringement against Cipla Limited and Cipla USA, Inc. (collectively, "Cipla") based on its submission of an ANDA for olaparib tablets in Civil Action No. 24-cv-7346.  Plaintiffs represented that they intend to seek consolidation of the Cipla action with this case and have provided a draft stipulation to Natco, Sandoz, and Cipla to that effect.  The parties are discussing this proposed consolidation.

                              *        *        *



Honorable Tonianne J. Bongiovanni, U.S.M.J.          July 11, 2024
                                                              Page 3

      We thank Your Honor for your consideration and assistance in this matter.  Should Your Honor have any questions prior to Monday's status conference, we are available at your convenience.

                         Respectfully submitted,

                         s/ James S. Richter

                         James S. Richter

Cc: All Counsel of Record (by ECF)