**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, KUDOS PHARMACEUTICALS LIMITED, THE UNIVERSITY OF SHEFFIELD, and MSD INTERNATIONAL BUSINESS GMBH, <br><br> *Plaintiffs*, <br><br> v. <br><br> NATCO PHARMA LIMITED and NATCO PHARMA INC. AND SANDOZ INC., <br><br> *Defendants*. | Civil Action No. 3:23-796 (RK) (TJB) (Consolidated) <br><br><br> **STIPULATION AND ORDER GRANTING LEAVE TO SERVE AMENDED CONTENTIONS** |

Plaintiffs AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, AstraZeneca AB, Kudos Pharmaceuticals Limited, The University of Sheffield, and MSD International Business GmbH (collectively, "Plaintiffs"), Defendants Natco Pharma Limited, Natco Pharma Inc. (collectively, "Natco"), and Defendant Sandoz Inc. ("Sandoz") (Natco and Sandoz together, "Defendants"), by and through their respective undersigned counsel, have agreed to the following stipulation, subject to the approval of the Court:

**WHEREAS**, on May 3, 2024, Defendants served their invalidity contentions for U.S. Patent No. 8,859,562 ("'562 patent"), and on May 24, 2024, Plaintiffs served their responses to invalidity contentions.

**WHEREAS**, Defendants now seek leave to serve amended contentions in response to Plaintiffs' responsive contentions. On July 2, 2024, Plaintiffs indicated they had no objection to Defendants' request to amend, so long as Defendants in turn consented to Plaintiffs serving amended responses to the invalidity contentions limited to responding to any of Defendants' amendments. On July 3, 2024, Defendants agreed.

**NOW THEREFORE**, the Court finds that the parties have shown good cause for the amended invalidity contentions and responses, and the Parties' request for leave to exchange amended contentions is granted. Defendants have already served their amended invalidity contentions for the '562 patent and Plaintiffs shall serve their responses to Defendants' amendments on August 7, 2024.

**AGREED AND STIPULATED TO:**

Dated: July 11, 2024

/s/ Charles Chevalier
Charles Chevalier
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
(973) 596-4611
cchevalier@gibbonslaw.com

Of Counsel:
David I. Berl
Elise M. Baumgarten
Kevin Hoagland-Hanson
Falicia Elenberg
Nicholas Vincent
Max Accardi
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue SW
Washington, DC 20024
(202) 434-5000
dberl@wc.com
ebaumgarten@wc.com
khoagland-hanson@wc.com
felenberg@wc.com
nvincent@wc.com
maccardi@wc.com

*Attorneys for Plaintiffs*
*AstraZeneca Pharmaceuticals LP,*
*AstraZeneca UK Limited, AstraZeneca AB,*
*Kudos Pharmaceuticals Limited, The*

Respectfully Submitted by:

/s/ James S. Richter
James S. Richter
**MIDLIGE RICHTER LLC**
645 Martinsville Road
Basking Ridge, New Jersey 07920
(908) 626-0622
jrichter@midlige-richter.com

Of Counsel:
Kevin Warner
William A. Rakoczy
Paul J. Molino
Greg L. Goldblatt
**RAKOCZY MOLING MAZZOCHI SIWIK LLP**
6 West Hubbard Street, Suite 500
Chicago, Illinois 60654
(312) 527-2157

*Attorneys for Defendants*
*Natco Pharma Ltd. and Natco Pharma, Inc.*

*University of Sheffield, and MSD*
*International Business GmbH.*

<u>s/ Eric I. Abraham</u>
Eric I. Abraham
William P. Murtha
**HILL WALLACK LLP**
21 Roszel Road
Princeton, NJ 08540
(609) 924-0808
eabraham@hillwallack.com

Of Counsel:
Laura A. Lydigsen
Mark. H. Remus
Mary E. LaFleur
**CROWELL & MORING LLP**
555 N. Cityfront Plaza Drive, Suite 3600
Chicago, Illinois 60611
(312) 321-4894
llydigsen@crowell.com
mremus@crowell.com
mlafleur@crowell.com

Ryan Seewald
**CROWELL & MORING LLP**
1601 Wewatta Street
Suite 815
Denver, CO 80202
(303) 524-8660
rseewald@crowell.com

*Attorneys for Defendant*
*Sandoz Inc.*

**IT IS SO ORDERED.**

Dated: July 12 , 2024

<u>   s/Tonianne J. Bongiovanni         </u>
TONIANNE J. BONGIOVANNI
United States Magistrate Judge