**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, KUDOS PHARMACEUTICALS LIMITED, THE UNIVERSITY OF SHEFFIELD, and MSD INTERNATIONAL BUSINESS GMBH, <br><br> *Plaintiffs*, <br><br> v. <br><br> NATCO PHARMA LIMITED and NATCO PHARMA INC., <br><br> *Defendants*. | Civil Action No. 3:23-796 (RK) (TJB) <br><br><br> STIPULATION AND CONSOLIDATED AMENDED PRETRIAL SCHEDULING ORDER |
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, KUDOS PHARMACEUTICALS LIMITED, THE UNIVERSITY OF SHEFFIELD, and MSD INTERNATIONAL BUSINESS GMBH, <br><br> *Plaintiffs*, <br><br> v. <br><br> SANDOZ INC., <br><br> *Defendant*. | Civil Action No. 3:24-641 (RK) (TJB) (Consolidated with 3:23-796) |

1

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, ASTRAZENECA AB, KUDOS PHARMACEUTICALS LIMITED, and MSD INTERNATIONAL BUSINESS GMBH,<br><br>*Plaintiffs*,<br><br>v.<br><br>NATCO PHARMA LIMITED and NATCO PHARMA INC.,<br><br>*Defendants*. | Civil Action No. 3:24-5887 (RK) (TJB) (Consolidated with 3:23-796) |
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, KUDOS PHARMACEUTICALS LIMITED, THE UNIVERSITY OF SHEFFIELD, and MSD INTERNATIONAL BUSINESS GMBH,<br><br>*Plaintiffs*,<br><br>v.<br><br>SANDOZ INC.,<br><br>*Defendant*. | Civil Action No. 3:24-5889 (RK) (TJB) (Consolidated with 3:23-796) |
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, ASTRAZENECA AB, KUDOS PHARMACEUTICALS LIMITED, THE UNIVERSITY OF SHEFFIELD, and MSD INTERNATIONAL BUSINESS GMBH,<br><br>*Plaintiffs*,<br><br>v.<br><br>CIPLA LIMITED and CIPLA USA, INC.,<br><br>*Defendants*. | Civil Action No. 3:24-7346 (RK) (TJB) (Consolidated with 3:23-796) |

ASTRAZENECA PHARMACEUTICALS LP,
ASTRAZENECA UK LIMITED,
ASTRAZENECA AB, KUDOS
PHARMACEUTICALS LIMITED, and MSD
INTERNATIONAL BUSINESS GMBH,

      *Plaintiffs*,

        v.

NATCO PHARMA LIMITED and NATCO
PHARMA INC.,

      *Defendants*.

Civil Action No. 3:24-8162 (RK) (TJB)
(Consolidated with 3:23-796)

---

ASTRAZENECA PHARMACEUTICALS LP,
ASTRAZENECA UK LIMITED,
ASTRAZENECA AB, KUDOS
PHARMACEUTICALS LIMITED, THE
UNIVERSITY OF SHEFFIELD, and MSD
INTERNATIONAL BUSINESS GMBH,

      *Plaintiffs*,

        v.

SANDOZ INC.,

      *Defendant*.

Civil Action No. 3:24-8164 (RK) (TJB)
(Consolidated with 3:23-796)

---

ASTRAZENECA PHARMACEUTICALS LP,
ASTRAZENECA UK LIMITED,
ASTRAZENECA AB, KUDOS
PHARMACEUTICALS LIMITED, THE
UNIVERSITY OF SHEFFIELD, and MSD
INTERNATIONAL BUSINESS GMBH,

      *Plaintiffs*,

        v.

CIPLA LIMITED and CIPLA USA, INC.,

      *Defendants*.

Civil Action No. 3:24-8167 (RK) (TJB)
(Consolidated with 3:23-796)

Plaintiffs AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, AstraZeneca AB, Kudos Pharmaceuticals Limited, The University of Sheffield, and MSD International Business GmbH (collectively, "Plaintiffs"), Defendants Natco Pharma Limited, Natco Pharma Inc. (collectively, "Natco"), Defendant Sandoz Inc. ("Sandoz"), and Defendants Cipla Limited and Cipla USA, Inc. (collectively, "Cipla") (together with Natco and Sandoz, "Defendants") by and through their respective undersigned counsel, have agreed to the following stipulation, subject to the approval of the Court:

**WHEREAS**, the above-captioned actions, Civil Action Nos. 3:23-796 (consolidated), 3:24-641, 3:24-5887, 3:24-5889, 3:24-7346, 3:24-8162, 3:24-8164, and 3:24-8167 are currently pending in this Court and involve many of the same Plaintiffs, some related patents, and the same active ingredient in each of the Abbreviated New Drug Applications ("ANDA") and referenced New Drug Applications for LYNPARZA® (olaparib) tablets;

**WHEREAS**, the parties concomitantly seek to consolidate these actions for all pretrial purposes; and

**WHEREAS**, the parties agree that consolidation of the above-captioned actions for all pretrial purposes would promote judicial economy and conserve the Court's and the parties' time and resources.

**NOW THEREFORE,** the parties stipulate the following consolidated, amended schedule:

| Deadline | Current Case Schedule | Agreed Upon New Date |
|---|---|---|
| Plaintiffs' Disclosure of Asserted Claims re '530, '001 patents for Sandoz and Natco | August 23, 2024 | -- |
| Plaintiffs Disclosure of Asserted Claims re '695 patent for Sandoz and Natco | -- | August 23, 2024 |
| Plaintiffs' Disclosure of Asserted Claims re '562, '530, '001, '842, '396, '695 patents for Cipla; | | Within 14 days of production of Cipla's ANDA. |
| Defendants' Invalidity and Non-infringement Contentions re '842, '396, '530, '001 patents | October 18, 2024 | -- |
| Defendants' Invalidity and Non-infringement Contentions re '695 patent; Cipla's Invalidity and Non-infringement Contentions re '562 patent | -- | October 18, 2024 |
| Plaintiffs' Validity and Infringement Contentions re '842, '396, '530, '001 patents for Defendants, if applicable | December 12, 2024 | -- |
| Plaintiffs' Validity and Infringement Contentions re '695 patent for Defendants; Plaintiffs' Validity and Infringement Contentions re '562 patent for Cipla | -- | December 12, 2024 |
| Exchange Proposed Claim Terms for Construction | December 20, 2024 | -- |

| | | |
|---|---|---|
| Exchange Preliminary Proposed Claim Constructions and Identify Evidence | January 9, 2025 | -- |
| Identify Rebuttal Claim Construction Evidence | January 23, 2025 | -- |
| Submit Joint Claim Construction and Prehearing Statement | February 6, 2025 | -- |
| Completion of Claim Construction Discovery | February 28, 2025 | -- |
| Opening Markman Submissions | March 27, 2025 | -- |
| Completion of Claim Construction Expert Discovery | April 24, 2025 | -- |
| Responsive Markman Submissions | May 22, 2025 | -- |
| Submit Proposed Schedule to Court re Claim Construction Hearing | May 30, 2025 | -- |
| Claim Construction Hearing | June/July 2025, as the Court's schedule permits | -- |
| Substantial Completion of Document Production | May 15, 2025 | -- |
| Close of fact discovery | August 29, 2025 | -- |
| Opening expert reports | October 17, 2025 | -- |
| Rebuttal expert reports (and opening report on objective indicia by Plaintiffs) | December 5, 2025 | -- |
| Reply expert reports | January 9, 2026 | -- |
| Close of expert discovery | March 6, 2026 | -- |
| Opening summary judgment and *Daubert* motions | March 27, 2026 | -- |
| Oppositions to SJ and *Daubert* motions | April 24, 2026 | -- |
| Replies in support of SJ and *Daubert* motions | May 8, 2026 | -- |
| Submissions of Joint Pretrial Order | June 5, 2026 | -- |
| Pre-trial Conference | June/July 2026 (as the Court's schedule permits) | -- |

| Trial Ready | June/July 2026 | -- |

**AGREED AND STIPULATED TO:**

Dated:  August 9, 2024

Respectfully Submitted by:

 s/ Charles H. Chevalier
Charles Chevalier
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
(973) 596-4611
cchevalier@gibbonslaw.com

 s/ James S. Richter
James S. Richter
**MIDLIGE RICHTER LLC**
645 Martinsville Road
Basking Ridge, New Jersey 07920
(908) 626-0622
jrichter@midlige-richter.com

Of Counsel:
David I. Berl
Elise M. Baumgarten
Kevin Hoagland-Hanson
Falicia Elenberg
Nicholas Vincent
Max Accardi
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue SW
Washington, DC 20024
(202) 434-5000
dberl@wc.com
ebaumgarten@wc.com
khoagland-hanson@wc.com
felenberg@wc.com
nvincent@wc.com
maccardi@wc.com

Of Counsel:
Kevin Warner
William A. Rakoczy
Paul J. Molino
Greg L. Goldblatt
**RAKOCZY MOLING MAZZOCHI
SIWIK LLP**
6 West Hubbard Street, Suite 500
Chicago, Illinois 60654
(312) 527-2157

*Attorneys for Defendants
Natco Pharma Ltd. and Natco Pharma, Inc.*

*Attorneys for Plaintiffs
AstraZeneca Pharmaceuticals LP,
AstraZeneca UK Limited, AstraZeneca AB,
Kudos Pharmaceuticals Limited, The
University of Sheffield, and MSD
International Business GmbH.*

 s/ Eric I. Abraham
Eric I. Abraham
William P. Murtha
Kristine L. Butler

 s/ Loly G. Tor
Loly G. Tor
**K&L GATES LLP**
One Newark Center, 10th Floor
Newark, NJ 07102

**HILL WALLACK LLP**
21 Roszel Road
Princeton, NJ 08540
(609) 924-0808
eabraham@hillwallack.com

Of Counsel:
Laura A. Lydigsen
Mark. H. Remus
Mary E. LaFleur
**CROWELL & MORING LLP**
555 N. Cityfront Plaza Drive, Suite 3600
Chicago, Illinois 60611
(312) 321-4894
llydigsen@crowell.com
mremus@crowell.com
mlafleur@crowell.com

Ryan Seewald
**CROWELL & MORING LLP**
1601 Wewatta Street
Suite 815
Denver, CO 80202
(303) 524-8660
rseewald@crowell.com

*Attorneys for Defendant*
*Sandoz Inc.*

(973) 848-4000
loly.tor@klgates.com

Of Counsel:
Anil H. Patel
**K&L GATES LLP**
609 Main Street, Suite 4150
Houston, TX 77002
(713) 815-7300
anil.patel@klgates.com

Elizabeth J. Weiskopf
Jenna Bruce
**K&L GATES LLP**
925 Fourth Avenue, Suite 2900
Seattle, Washington 98104
(206) 370-8025
elizabeth.weiskopf@klgates.com
jenna.bruce@klgates.com

*Attorneys for Defendants*
*Cipla Limited and Cipla USA, Inc.*

**IT IS SO ORDERED.**


Dated: August ___, 2024


_____
TONIANNE J. BONGIOVANNI
United States Magistrate Judge

8