# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, KUDOS PHARMACEUTICALS LIMITED, THE UNIVERSITY OF SHEFFIELD, and MSD INTERNATIONAL BUSINESS GMBH,<br><br>*Plaintiffs*,<br><br>v.<br><br>NATCO PHARMA LIMITED and NATCO PHARMA INC.,<br><br>*Defendants*. | Civil Action No. 3:23-796 (RK) (TJB) |
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, KUDOS PHARMACEUTICALS LIMITED, THE UNIVERSITY OF SHEFFIELD, and MSD INTERNATIONAL BUSINESS GMBH,<br><br>*Plaintiffs*,<br><br>v.<br><br>SANDOZ INC.,<br><br>*Defendant*. | Civil Action No. 3:24-641 (RK) (TJB)<br>(Consolidated with 3:23-796) |

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, ASTRAZENECA AB, KUDOS PHARMACEUTICALS LIMITED, and MSD INTERNATIONAL BUSINESS GMBH,<br><br>*Plaintiffs*,<br><br>v.<br><br>NATCO PHARMA LIMITED and NATCO PHARMA INC.,<br><br>*Defendants*. | Civil Action No. 3:24-5887 (RK) (TJB)<br>(Consolidated with 3:23-796) |
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, KUDOS PHARMACEUTICALS LIMITED, THE UNIVERSITY OF SHEFFIELD, and MSD INTERNATIONAL BUSINESS GMBH,<br><br>*Plaintiffs*,<br><br>v.<br><br>SANDOZ INC.,<br><br>*Defendant*. | Civil Action No. 3:24-5889 (RK) (TJB)<br>(Consolidated with 3:23-796) |
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, ASTRAZENECA AB, KUDOS PHARMACEUTICALS LIMITED, THE UNIVERSITY OF SHEFFIELD, and MSD INTERNATIONAL BUSINESS GMBH,<br><br>*Plaintiffs*,<br><br>v.<br><br>CIPLA LIMITED and CIPLA USA, INC.,<br><br>*Defendants*. | Civil Action No. 3:24-7346 (RK) (TJB) |

2

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, ASTRAZENECA AB, KUDOS PHARMACEUTICALS LIMITED, and MSD INTERNATIONAL BUSINESS GMBH,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>NATCO PHARMA LIMITED and NATCO PHARMA INC.,<br><br>    *Defendants*. | Civil Action No. 3:24-8162 (RK) (TJB) |
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, ASTRAZENECA AB, KUDOS PHARMACEUTICALS LIMITED, THE UNIVERSITY OF SHEFFIELD, and MSD INTERNATIONAL BUSINESS GMBH,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>SANDOZ INC.,<br><br>    *Defendant*. | Civil Action No. 3:24-8164 (RK) (TJB) |
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, ASTRAZENECA AB, KUDOS PHARMACEUTICALS LIMITED, THE UNIVERSITY OF SHEFFIELD, and MSD INTERNATIONAL BUSINESS GMBH,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>CIPLA LIMITED and CIPLA USA, INC.,<br><br>    *Defendants*. | Civil Action No. 3:24-8167 (RK) (TJB) |

Plaintiffs AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, AstraZeneca AB, Kudos Pharmaceuticals Limited, The University of Sheffield, and MSD International Business GmbH (collectively, "Plaintiffs"), Defendants Natco Pharma Limited, Natco Pharma Inc. (collectively, "Natco"), Defendant Sandoz Inc. ("Sandoz"), and Defendants Cipla Limited and Cipla USA, Inc. (collectively, "Cipla") by and through their respective undersigned counsel, have agreed to the following stipulation, subject to the approval of the Court:

**WHEREAS**, the above-captioned actions, Civil Action Nos. 3:23-796 (consolidated), 3:24-641, 3:24-5887, 3:24-5889, 3:24-7346, 3:24-8162, 3:24-8164, and 3:24-8167 are currently pending in this Court and involve many of the same Plaintiffs, some related patents, and the same active ingredient in each of the Abbreviated New Drug Applications ("ANDA") and referenced New Drug Applications for LYNPARZA® (olaparib) tablets;

**WHEREAS**, Civil Action Nos. 3:24-641, 3:24-5887, and 3:24-5889 have already been consolidated with Civil Action No. 3:23-796;

**WHEREAS**, good cause exists to also consolidate Civil Action No. 3: 24-7346, 3:24-8162, 3:24-8164, and 3:24-8167 with Civil Action No. 3:23-796 for all pretrial purposes; and

**WHEREAS**, the parties agree that consolidation of the above-captioned actions for all pretrial purposes would promote judicial economy and conserve the Court's and the parties' time and resources; and

**WHEREAS**, the parties agree that Cipla may serve non-infringement and invalidity contentions for all patents in suit and the parties will propose an updated schedule to include dates for such disclosures and other patent disclosures under the Local Rules relevant to Cipla.

**NOW THEREFORE**, it is hereby **STIPULATED and ORDERED** that Civil Action Nos. 3:23-796 (consolidated), 3:24-7346, 3:24-8162, 3:24-8164, and 3:24-8167 are hereby

consolidated for all pretrial purposes and that all papers shall be filed and maintained in Civil Action No. 3:23-796;

IT IS FURTHER ORDERED that all filings going forward shall use the following case caption:

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, KUDOS PHARMACEUTICALS LIMITED, THE UNIVERSITY OF SHEFFIELD, and MSD INTERNATIONAL BUSINESS GMBH,<br><br>*Plaintiffs*,<br><br>v.<br><br>NATCO PHARMA LIMITED, NATCO PHARMA INC., SANDOZ INC., CIPLA LIMITED and CIPLA USA, INC.,<br><br>*Defendants*. | Civil Action No. 3:23-796 (RK) (TJB)<br>(Consolidated) |

**AGREED AND STIPULATED TO:**

| | |
|---|---|
| Dated: August 9, 2024 | Respectfully Submitted by: |
| s/ Charles H. Chevalier<br>Charles Chevalier<br>**GIBBONS P.C.**<br>One Gateway Center<br>Newark, New Jersey 07102-5310<br>(973) 596-4611<br>cchevalier@gibbonslaw.com<br><br>Of Counsel: | s/ James S. Richter<br>James S. Richter<br>**MIDLIGE RICHTER LLC**<br>645 Martinsville Road<br>Basking Ridge, New Jersey 07920<br>(908) 626-0622<br>jrichter@midlige-richter.com<br><br>Of Counsel:<br>Kevin Warner<br>William A. Rakoczy<br>Paul J. Molino<br>Greg L. Goldblatt |

5

David I. Berl
Elise M. Baumgarten
Kevin Hoagland-Hanson
Falicia Elenberg
Nicholas Vincent
Max Accardi
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue SW
Washington, DC 20024
(202) 434-5000
dberl@wc.com
ebaumgarten@wc.com
khoagland-hanson@wc.com
felenberg@wc.com
nvincent@wc.com
maccardi@wc.com

*Attorneys for Plaintiffs*
*AstraZeneca Pharmaceuticals LP,*
*AstraZeneca UK Limited, AstraZeneca AB,*
*Kudos Pharmaceuticals Limited, The*
*University of Sheffield, and MSD*
*International Business GmbH.*

 s/ Eric I. Abraham
Eric I. Abraham
William P. Murtha
Kristine L. Butler
**HILL WALLACK LLP**
21 Roszel Road
Princeton, NJ 08540
(609) 924-0808
eabraham@hillwallack.com

Of Counsel:
Laura A. Lydigsen
Mark. H. Remus
Mary E. LaFleur
**CROWELL & MORING LLP**
555 N. Cityfront Plaza Drive, Suite 3600
Chicago, Illinois 60611
(312) 321-4894
llydigsen@crowell.com
mremus@crowell.com
mlafleur@crowell.com

**RAKOCZY MOLING MAZZOCHI**
**SIWIK LLP**
6 West Hubbard Street, Suite 500
Chicago, Illinois 60654
(312) 527-2157

*Attorneys for Defendants*
*Natco Pharma Ltd. and Natco Pharma, Inc.*

 s/ Loly G. Tor
Loly G. Tor
**K&L GATES LLP**
One Newark Center, 10th Floor
Newark, NJ 07102
(973) 848-4000
loly.tor@klgates.com

Of Counsel:
Anil H. Patel
**K&L GATES LLP**
609 Main Street, Suite 4150
Houston, TX 77002
(713) 815-7300
anil.patel@klgates.com

Elizabeth J. Weiskopf
Jenna Bruce
**K&L GATES LLP**
925 Fourth Avenue, Suite 2900
Seattle, Washington 98104
(206) 370-8025
elizabeth.weiskopf@klgates.com

<table>
<tr><td>

Ryan Seewald  
**CROWELL & MORING LLP**  
1601 Wewatta Street  
Suite 815  
Denver, CO 80202  
(303) 524-8660  
rseewald@crowell.com  

*Attorneys for Defendant*  
*Sandoz Inc.*

</td><td>

jenna.bruce@klgates.com

*Attorneys for Defendants*  
*Cipla Limited and Cipla USA, Inc.*

</td></tr>
</table>

**IT IS SO ORDERED.**

Dated: August ___, 2024

 

                                                                              TONIANNE J. BONGIOVANNI  
                                                                              United States Magistrate Judge