# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, ASTRAZENECA AB, KUDOS PHARMACEUTICALS LIMITED, THE UNIVERSITY OF SHEFFIELD, and MSD INTERNATIONAL BUSINESS GMBH,<br><br>*Plaintiffs*,<br><br>v.<br><br>NATCO PHARMA LIMITED, NATCO PHARMA INC., SANDOZ INC., CIPLA LIMITED and CIPLA USA, INC.,<br><br>*Defendants*. | Honorable Robert Kirsch, U.S.D.J.<br>Civil Action No. 23 CV 796 (RK)(TJB)<br>(Consolidated) |

## NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN COUNTS WITHOUT PREJUDICE

PLEASE TAKE NOTICE that Plaintiffs AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, AstraZeneca AB, KuDOS Pharmaceuticals Limited, and MSD International Business GmbH (collectively, "Plaintiffs"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismiss all claims asserted by Plaintiffs in this action related to the infringement of U.S. Pat. Nos. 11,970,530 ("the '530 patent"), 8,475,842 ("the '842 patent"), and 11,633,396 ("the '396 patent") in connection with Cipla's submission of ANDA No. 219410: Counts III, IV, V, VI, IX, and X of Plaintiffs' Complaint filed June 28, 2024 in Civil Action No. 3:24-cv-7346 (ECF No. 1, ¶¶ 51–82, 101–18).

PLEASE TAKE FURTHER NOTICE that claims asserted by Plaintiffs in this action related to the infringement of U.S. Patent Nos. 7,859,562, 11,975,001, and 12,048,695 are still pending and Plaintiffs do not waive any claims that may be asserted in the future.

Dated: August 23, 2024

                Respectfully submitted,

                By: s/ *Charles H. Chevalier*

Charles H. Chevalier
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
(973) 596-4611
cchevalier@gibbonslaw.com

Of Counsel:
David I. Berl
Elise M. Baumgarten
Kevin Hoagland-Hanson
Rebecca A. Carter
Falicia Elenberg
Nicholas Vincent
Max Accardi
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue SW
Washington, DC 20024
(202) 434-5000
dberl@wc.com
ebaumgarten@wc.com
khoagland-hanson@wc.com
rebeccacarter@wc.com
felenberg@wc.com
nvincent@wc.com
maccardi@wc.com

*Attorneys for Plaintiffs*
*AstraZeneca Pharmaceuticals LP,*
*AstraZeneca UK Limited, AstraZeneca AB,*
*KuDOS Pharmaceuticals Limited, and MSD*
*International Business GmbH*

**SO ORDERED**

/s/ Robert Kirsch

**Robert Kirsch, U.S.D.J.**
**Date:** August 26, 2024