Eric I. Abraham (eabraham@hillwallack.com)
William P. Murtha (wmurtha@hillwallack.com)
**HILL WALLACK LLP**
21 Roszel Road
Princeton, NJ 08540
T: (609) 924-0808
F: (609) 452-1888

Laura A. Lydigsen (llydigsen@crowell.com)
Mark H. Remus (mremus@crowell.com)
Mary E. LaFleur (mlafleur@crowell.com)
**CROWELL & MORING LLP**
455 North Cityfront Plaza Drive
NBC Tower, Suite 3600
Chicago, IL 60611
T: (312) 321-4200
F: (312) 321-4299

Ryan Seewald (rseewald@crowell.com)
**CROWELL & MORING LLP**
1601 Wewatta Street, Suite 815
Denver, CO 80202
T: (303) 524-8660

*Attorneys for Defendant Sandoz Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, KUDOS PHARMACEUTICALS LIMITED, THE UNIVERSITY OF SHEFFIELD and MSD INTERNATIONAL BUSINESS GMBH,<br><br>    Plaintiffs,<br><br>v.<br><br>NATCO PHARMA LIMITED and NATCO PHARMA, INC.,<br><br>    Defendants. | Civil Action No.:  3:23-cv-796 (RK) (TJB)<br>(Consolidated) |

ASTRAZENECA PHARMACEUTICALS LP,
ASTRAZENECA UK LIMITED,
ASTRAZENECA AB, KUDOS
PHARMACEUTICALS LIMITED, and MSD
INTERNATIONAL BUSINESS GMBH,

      Plaintiffs,

v.

SANDOZ INC.,

      Defendant.

Civil Action No.: 3:24-cv-5889 (RK) (TJB)

## JOINT STIPULATED ORDER OF DISMISSAL

WHEREAS, Plaintiff AstraZeneca Pharmaceuticals LP is the holder of New Drug Application No. 208558 for the manufacture and sale of LYNPARZA® (olaparib) tablets;

WHEREAS, Defendant Sandoz Inc. ("Sandoz") submitted to the U.S. Food and Drug Administration ("FDA) Abbreviated New Drug Application ("ANDA") No. 217936 for olaparib tablets;

WHEREAS, Plaintiffs AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, AstraZeneca AB, KuDOS Pharmaceuticals Limited, and MSD International Business GmbH (collectively, "Plaintiffs") brought claims in Civil Action No. 3:24-cv-5889 against Sandoz for infringement of U.S. Pat. No. 11,970,530 ("'530 patent") in connection with Sandoz's submission of ANDA No. 217936;

WHEREAS, on May 30, 2024, Civil Action No. 3:24-cv-5889 was consolidated with Civil Action No. 3:23-cv-796 (ECF No. 87);

**IT IS HEREBY STIPULATED AND AGREED,** by and between Plaintiffs and Sandoz in the above-entitled action, through their counsel of record, that:

1.    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all claims and counterclaims asserted by Plaintiffs and Sandoz in this action related to the infringement and/or invalidity of the '530 patent shall be and are hereby dismissed without prejudice, including:

a.    Counts I and II of Plaintiffs' Complaint filed May 7, 2024 in Civil Action No. 3:24-cv-5889 (Dkt. 1, ¶¶ 39-58); and

b.    Counts I and II of Sandoz's Counterclaims filed July 8, 2024 in Civil Action No. 3:24-cv-5889 (Dkt. 12, Counterclaims ¶¶ 36-45).

2.    For clarity and the avoidance of doubt, this Stipulation and Order does not relate to, dismiss, or in any way affect any claims, counterclaims, or affirmative defenses pending between Plaintiffs and Defendants relating to U.S. Patent Nos. 7,859,562, 8,475,842, 11,633,396, 11,975,001, 12,048,695 or any claims that may be asserted in the future based on any patent other than the '530 patent.

3.    Each party shall bear its own costs, attorneys' fees, and expenses incurred in connection with the claims dismissed by this stipulation.

Dated: August 14, 2024

SO STIPULATED:

By: s/ *Charles H. Chevalier*

Charles Chevalier
GIBBONS P.C.
One Gateway Center
Newark, New Jersey 07102-5310
(973) 596-4611
cchevalier@gibbonslaw.com
*Attorneys for Plaintiffs AstraZeneca*
*Pharmaceuticals LP, AstraZeneca*
*UK Limited, Kudos*
*Pharmaceuticals Limited, and MSD*
*International Business GmbH*

**SO ORDERED**

_____
**Robert Kirsch, U.S.D.J.**
**Date:** 8/19/24

By: s/ *William P. Murtha*

Eric I. Abraham
William P. Murtha
HILL WALLACK LLP
21 Roszel Road
Princeton, New Jersey 08540
(609) 734-6358
eabraham@hillwallack.com
*Attorneys for Defendant Sandoz Inc.*