**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, KUDOS PHARMACEUTICALS LIMITED, THE UNIVERSITY OF SHEFFIELD, and MSD INTERNATIONAL BUSINESS GMBH, | Civil Action No. 3:23-796 (RK) (TJB) (Consolidated) |
| *Plaintiffs,* | |
| v. | |
| NATCO PHARMA LIMITED and NATCO PHARMA INC. AND SANDOZ INC., | |
| *Defendants.* | |

## JOINT STIPULATED ORDER OF DISMISSAL OF CERTAIN COUNTS

WHEREAS, Plaintiff AstraZeneca Pharmaceuticals LP is the holder of New Drug Application No. 208558 for the manufacture and sale of LYNPARZA® (olaparib) tablets;

WHEREAS, Defendants Natco Pharma Limited and Natco Pharma Inc. ("Natco") submitted to the U.S. Food and Drug Administration ("FDA") Abbreviated New Drug Application ("ANDA") No. 218044 for olaparib tablets; and

WHEREAS, Plaintiffs AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, Kudos Pharmaceuticals Limited, the University of Sheffield, and MSD International Business GmbH (collectively, "Plaintiffs") brought claims in Civil Action No. 3:23-cv-796 against Natco for infringement of U.S. Patent No. 7,449,464 ("'464 patent") and claims in Civil Action No. 3:24-cv-5887 against Natco for infringement of U.S. Patent No. 11,970,530 ("'530 patent") in connection with Natco's submission of ANDA No. 218044.

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiffs and Natco in the above-entitled action, through their counsel of record, that:

1.    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all claims and counterclaims asserted by Plaintiffs and Natco in this action related to the infringement and/or invalidity of the '464 patent shall be and are hereby dismissed without prejudice, including:

     a.    Counts I and II of Plaintiff's Complaint, dated February 10, 2023 (Civil Action No. 23-cv-796, ECF No. 1, ¶¶ 31-49); and

     b.    Counts I and II of Defendants' Counterclaim to Complaint for Patent Infringement, dated April 17, 2023 (Civil Action No. 23-cv-796, ECF No. 12, ¶¶ 26-33).

2.    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all claims and counterclaims asserted by Plaintiffs and Natco in this action related to the infringement and/or invalidity of the '530 patent shall be and are hereby dismissed without prejudice, including:

     a.    Counts I and II of Plaintiffs' Complaint, dated May 7, 2024 (Civil Action No. 24-cv-5887, ECF No. 1, ¶¶ 36-55); and

     b.    Counts I and II of Defendants' Counterclaim to Complaint for Patent Infringement, dated July 8, 2024 (Civil Action No. 23-cv-796, ECF No. 97, ¶¶ 23-30).

3.    For clarity and the avoidance of doubt, this Stipulation and Order does not relate to, dismiss, or in any way affect any claims, counterclaims, or affirmative defenses pending between Plaintiffs and Defendants relating to U.S. Patent Nos. 7,859,562, 11,975,001, 12,048,695, or any claims that may be asserted in the future based on any patent other than the '464 and '530 patents.

4.    Each party shall bear its own costs, attorneys' fees, and expenses incurred in connection with the claims dismissed by this stipulation.

**AGREED AND STIPULATED TO:**

Dated:  September 4, 2024

Respectfully Submitted by:

*/s/ Charles Chevalier*
Charles Chevalier
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
(973) 596-4611
cchevalier@gibbonslaw.com

Of Counsel:
David I. Berl
Elise M. Baumgarten
Kevin Hoagland-Hanson
Falicia Elenberg
Nicholas Vincent
Max Accardi
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue SW
Washington, DC 20024
(202) 434-5000
dberl@wc.com
ebaumgarten@wc.com
khoagland-hanson@wc.com
felenberg@wc.com
nvincent@wc.com
maccardi@wc.com

*Attorneys for Plaintiffs*
*AstraZeneca Pharmaceuticals LP,*
*AstraZeneca UK Limited, AstraZeneca AB,*
*Kudos Pharmaceuticals Limited, The*
*University of Sheffield, and MSD*
*International Business GmbH.*

*/s/ James S. Richter*
James S. Richter
**MIDLIGE RICHTER LLC**
645 Martinsville Road
Basking Ridge, New Jersey 07920
(908) 626-0622
jrichter@midlige-richter.com

Of Counsel:
Kevin Warner
William A. Rakoczy
Paul J. Molino
Greg L. Goldblatt
**RAKOCZY MOLING MAZZOCHI**
**SIWIK LLP**
6 West Hubbard Street, Suite 500
Chicago, Illinois 60654
(312) 527-2157

*Attorneys for Defendants*
*Natco Pharma Ltd. and Natco Pharma, Inc.*

**SO ORDERED**

**Robert Kirsch, U.S.D.J.**
**Date:** 9/5/24