GIBBONS

CHARLES H. CHEVALIER
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4611 Fax: (973) 639-6239
cchevalier@gibbonslaw.com

October 10, 2024

**VIA ECF**

Honorable Tonianne J. Bongiovanni, U.S.M.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

> **Re:**  ***AstraZeneca Pharm. LP v. Natco Pharma Ltd., Civil Action No. 3:23-796 (RK) (TJB) (Consolidated)***

Dear Judge Bongiovanni:

This firm, together with Williams & Connolly LLP, represents Plaintiffs AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, AstraZeneca AB, KuDOS Pharmaceuticals Limited, the University of Sheffield, and MSD International Business GmbH ("Plaintiffs") in the above-referenced consolidated matter.  With counsel for Defendants, we write to inform the Court that neither Plaintiffs nor Defendants plan to file a motion to seal the Court's September 25, 2024 Letter Order (ECF No. 127), and that the Letter Order can be unsealed and placed on the public docket.

We thank the Court for its time and assistance in this matter.  If the Court would like to discuss this matter further, the parties will make themselves available at the Court's convenience.

Respectfully submitted,

s/ Charles H. Chevalier
Charles H. Chevalier
Director

cc:    Counsel of Record (via ECF and e-mail)