

CHARLES H. CHEVALIER
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4611 Fax: (973) 639-6263
cchevalier@gibbonslaw.com

October 31, 2024

**VIA ECF**

Honorable Robert Kirsch, U.S.D.J.
United States District Court District of New Jersey
Clarkson S. Fisher Federal Building and United
States Courthouse
402 E State St.
Trenton, New Jersey 08608

> Re:  *AstraZeneca Pharm. LP v. Natco Pharma Ltd.*, **Civil Action No. 3:23-796 (RK) (TJB) (Consolidated);** *AstraZeneca Pharm. LP v. Cipla Limited*, **Civil Action No. 3:24-7346 (RK) (TJB) (Consolidated)**

Dear Judge Kirsch:

Our firm, together with Williams & Connolly LLP, represents Plaintiffs AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, Kudos Pharmaceuticals Limited, the University of Sheffield, and MSD International Business GmbH ("Plaintiffs") in the above-referenced matters. With K&L Gates LLP, counsel for Defendants Cipla Limited and Cipla USA, Inc. (together, "Cipla"), we jointly submit the attached Stipulation and Proposed Order of Dismissal of Certain Counts for the Court's consideration. If Your Honor finds this document acceptable, the parties respectfully request that Your Honor "So-Order" it and direct its entry on the docket.

If the Court has anything it would like to discuss with the parties, the parties will make themselves available at the Court's convenience. The parties thank the Court for its consideration and assistance.

Respectfully submitted,

 s/ Charles H. Chevalier
Charles H. Chevalier

Attachment
cc:  All counsel of record via ECF; Cipla's counsel via e-mail