

**JAMES S. RICHTER**
Of Counsel
(201) 874-7325 (m)
jrichter@midlige-richter.com

October 31, 2024

**BY ECF**

Honorable Robert Kirsch, U.S.D.J.
United States District Court
Clarkson S. Fisher Federal Building & U.S. Courthouse
Room 6052
402 E. State Street
Trenton, New Jersey 08608

    **Re:**   *AstraZeneca Pharmaceuticals LP, et al. v. Natco Pharma Limited, et al.*
          *Civil Action No. 23 CV 796 (RK)(TJB)(consolidated)*

Dear Judge Kirsch:

    This firm, together with Rakoczy Molino Mazzochi and Siwik LLP, represents Defendants, Natco Pharma Limited and Natco Pharma Inc. ("Natco"), in the above-referenced matter. With Gibbons P.C. and Williams & Connolly LLP, counsel for Plaintiffs AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, Kudos Pharmaceuticals Limited, the University of Sheffield, and MSD International Business GmbH ("Plaintiffs"), we jointly submit the attached Stipulation and Order regarding dismissing without prejudice Defendant, Natco Pharma Inc., amending case caption to reflect the same, and personal jurisdiction, venue, and discovery for the Court's consideration.

    If this is acceptable, the parties respectfully request that Your Honor enter the attached Stipulation and Order on the docket.

    If the Court would like to discuss this matter further, the parties will make themselves available at the Court's convenience. We thank the Court for its consideration and assistance in these matters.

                Respectfully submitted,

                *s/ James S. Richter*

                James S. Richter

Encl.

Cc: All Counsel of Record (by ECF)

