IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, KUDOS PHARMACEUTICALS LIMITED, THE UNIVERSITY OF SHEFFIELD, and MSD INTERNATIONAL BUSINESS GMBH,<br><br>*Plaintiffs*,<br><br>v.<br><br>NATCO PHARMA LIMITED, NATCO PHARMA INC., SANDOZ INC., CIPLA LIMITED and CIPLA USA, INC.,<br><br>*Defendants*. | Civil Action No. 3:23-796 (RK) (TJB)<br>(Consolidated) |
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, ASTRAZENECA AB, KUDOS PHARMACEUTICALS LIMITED, THE UNIVERSITY OF SHEFFIELD, and MSD INTERNATIONAL BUSINESS GMBH,<br><br>*Plaintiffs*,<br><br>v.<br><br>CIPLA LIMITED and CIPLA USA, INC.,<br><br>*Defendants*. | Civil Action No. 3:24-7346 (RK) (TJB)<br>(Consolidated with 3:23-796) |

## CONSENT DECREE AND JUDGMENT OF NON-INFRINGEMENT REGARDING U.S. PATENT NO. 8,475,842

1. Plaintiffs AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, AstraZeneca AB, KuDOS Pharmaceuticals Limited, The University of Sheffield, and MSD International Business GmbH (collectively, "Plaintiffs,") have brought Civil Action No. 3:24-cv-7346 (consolidated with 3:23-cv-796) against Defendants Cipla Limited and Cipla USA, Inc. (collectively, "Cipla" and together with Plaintiffs, the "Parties") alleging infringement of, *inter alia*, U.S. Patent No. 8,475,842 (the "'842 patent"). *See* Dkt. 1 in Civil Action No. 3:24-cv-7346 at Counts III-IV.

2. Plaintiff AstraZeneca Pharmaceuticals LP is the holder of New Drug Application ("NDA") No. 208558 for Lynparza® (olaparib tablets, 100 mg and 150 mg) and lists the '842 patent in the *Orange Book: Approved Drug Products with Therapeutic Equivalence Evaluations*, which is published by the U.S. Food and Drug Administration ("FDA") (the "Orange Book") in connection with the NDA for Lynparza®.

3. The '842 patent is entitled "Immediate Release Pharmaceutical Formulation of 4-[3-(4-Cyclopropanecarbonyl-Piperazine-1-Carbonyl)-4-Fluoro-Benzyl]-2H-Phthalazin-1-One," issued on July 2, 2013, and is assigned to Plaintiff KuDOS Pharmaceuticals Limited.

4. Cipla submitted Cipla's Abbreviated New Drug Application ("ANDA") No. 219410 ("Cipla's ANDA") to obtain approval from the FDA to engage in the commercial manufacture, use, offer for sale, sale, marketing, and/or importation into the United States of Cipla's olaparib tablets, 100 mg and 150 mg, described in Cipla's ANDA ("Cipla's ANDA Product") prior to the expiration of the '842 patent. As used in this Consent Judgment, the terms "Cipla's ANDA" and "Cipla's ANDA Product" refer to Cipla's ANDA Product as described in Cipla's ANDA as of September 25, 2024, including all amendments and supplements, whether now or in the future, except any future amendments that change the components and composition

of Cipla's ANDA Product in a way that materially alters the infringement analysis for Cipla's ANDA Product with respect to the '842 patent.

5. Cipla has asserted counterclaims and affirmative defenses seeking a declaration that Cipla does not infringe the '842 patent, and that the manufacture, use, sale, offer for sale, and/or importation of Cipla's ANDA product will not infringe directly or indirectly, literally, or under to the doctrine of equivalents, any claim of the '842 patent, and that the '842 patent is invalid. *See* Dkt. 16 in Civil Action No. 3:24-cv-7346 at Third Counterclaim and Fourth Counterclaim; Dkt. 116 in Civil Action No. 3:23-cv-796 at Third Counterclaim and Fourth Counterclaim.

6. AstraZeneca UK Ltd., AstraZeneca Pharmaceuticals LP, AstraZeneca AB, KuDOS Pharmaceuticals Limited, and MSD International Business GmbH executed a Covenant Not to Sue with respect to the '842 patent based on the composition of Cipla's ANDA Product as of September 25, 2024.

7. The Parties agree that this Court has jurisdiction to enter this Consent Decree and Judgment.

8. The Court has subject matter jurisdiction over the Parties' claims, and the Parties do not dispute that for the purpose of this action the court has personal jurisdiction over them.

9. The Parties agree that Cipla's manufacture, use, sale, offer for sale, and/or importation of Cipla's ANDA Product in the United States does not and will not infringe any claim of the '842 patent.

**NOW, THEREFORE, IT IS HEREBY STIPULATED, ADJUDGED, AND DECREED THAT:**

1. For the purpose of this action only, this Court has jurisdiction over Cipla and Plaintiffs and the subject matter of this action.

2. Based on the Parties' representations, the Court finds that Cipla's ANDA Product does not and will not infringe any claim of the '842 patent.

3. Final judgment of non-infringement is therefore entered in favor of Cipla as to non-infringement of the '842 patent (Dkt. 16 in Civil Action No. 3:24-cv-7346 at Third Counterclaim (Non-infringement of the '842 patent) and Dkt. 116 in Civil Action No. 3:23-cv-796 at Third Counterclaim (Non-infringement of the '842 patent)).

4. The Court retains jurisdiction for purposes of enforcement of the provisions of this Judgment and Order.

5. This case shall continue as to all remaining claims and defenses.

6. Each Party shall bear its own costs and attorneys' fees.

7. Under Fed. R. Civ. P. 54(b), there is no just reason for delay.

8. The clerk of the Court is directed to enter Judgment forthwith.

Dated: October 31, 2024

| **GIBBONS P.C.** | **K&L GATES LLP** |
|---|---|
| By: *Charles H. Chevalier* | By: *Loly G. Tor* |
| Charles H. Chevalier<br>**GIBBONS P.C.**<br>One Gateway Center<br>Newark, New Jersey 07102-5310<br>(973) 596-4611<br>cchevalier@gibbonslaw.com | Loly G. Tor (loly.tor@klgates.com)<br>**K&L GATES LLP**<br>One Newark Center, 10th Floor<br>Newark, NJ 07102<br>(T) 973.848.4026<br>(F) 973.848.4001 |
| *Of Counsel:* | *Of Counsel:* |
| David I. Berl<br>Elise M. Baumgarten | Anil H. Patel (anil.patel@klgates.com)<br>(*pro hac vice*) |

Kevin Hoagland-Hanson
Falicia Elenberg
Nicholas Vincent
Max Accardi
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue SW
Washington, DC 20024
(202) 434-5000
dberl@wc.com
ebaumgarten@wc.com
khoagland-hanson@wc.com
felenberg@wc.com
nvincent@wc.com
maccardi@wc.com

*Attorneys for Plaintiffs/Counterclaim-Defendants AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, AstraZeneca AB, KuDOS Pharmaceuticals Limited, The University of Sheffield, and MSD International Business GmbH*

**K&L GATES LLP**
609 Main Street, Suite 4150
Houston, TX 77002
(T) 713.815.7300
(F) 713.815.7301

Elizabeth Weiskopf
(elizabeth.weiskopf@klgates.com)
(*pro hac vice*)
Jenna Bruce (jenna.bruce@klgates.com)
(*pro hac vice*)
**K&L GATES LLP**
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
(T) 206.623.7580
(F) 206.623.7022

*Attorneys for Defendants/Counterclaim-Plaintiffs Cipla Ltd. and Cipla USA Inc.*

IT IS SO ORDERED this  1  day of  November , 2024

_____
The Honorable Robert Kirsch
United States District Judge

5