

December 11, 2024

Attorneys at Law

Theodora McCormick
t  609.455.1546
f  609.228.5341
TMcCormick@ebglaw.com

**<u>Via ECF</u>**
Honorable Tonianne J. Bongiovanni, U.S.M.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

> **Re:**  ***AstraZeneca Pharm. LP et al. v. Natco Pharma Limited et al.***
> **Civil Action No.: 3:23-cv-796 (RK)(TJB)(CONSOLIDATED)**

Dear Judge Bongiovanni:

This firm, together with Locke Lord LLP, represents Zydus Pharmaceuticals (USA) Inc. ("Zydus USA") and Zydus Lifesciences Limited ("Zydus Lifesciences, and together with Zydus USA "Zydus") in *AstraZeneca Pharm. LP, et al v. Zydus Pharmaceuticals (USA) Inc. et al.*, Civil Action Nos. 3:24-cv-10458 (D.N.J.) and 3:24-cv-10629.  We write to address the impact on Zydus of the scheduling issues raised by the parties in the lead consolidated case of *AstraZeneca Pharm. LP, et al v. Natco Pharma Limited et al.,* Civil Action No. 3:23-cv-796 (ECF Nos. 154, 155).

Plaintiffs have filed two complaints related to Zydus USA's Abbreviated New Drug Application No. 219893 for olaparib tablets, 100 mg and 150 mg alleging infringement of U.S. Patent Nos. 8,475,842; 8,859,562; 11,633,396; 11,975,001; and 12,048,695 ("First Complaint") and U.S. Patent No. 12,144,810 ("Second Complaint").  Zydus's response to the First Complaint is due January 13, 2025, and Zydus's response to the second Complaint is due January 21, 2025.

Mere days after Zydus agreed to waive service of summons for the First Complaint, Plaintiffs began pressing Zydus for its position regarding consolidation and a proposed schedule for the lead consolidated case, *AstraZeneca Pharm. LP, et al v. Natco Pharma Limited et al.,* Civil Action No. 3:23-cv-796.  As Plaintiffs acknowledge in their correspondence to Your Honor, following the parties' meet and confer on November 22, Zydus promptly informed Plaintiffs that Zydus would not oppose consolidation.  (ECF No. 154 at 2.)

Zydus has been working with both Plaintiffs and Consolidated Defendants Natco, Sandoz, and Cipla to reach an agreement on a schedule that (1) allows for consolidation of the First and Second Complaints against Zydus with the lead consolidated case and (2) protects the interests of all parties, promotes the efficient progress of the related cases, and avoids redundancies for the Court and parties.

Zydus agrees with Consolidated Defendants Natco, Sandoz, and Cipla that the Markman hearing must be scheduled sufficiently in advance of opening expert reports, but Zydus is concerned that Defendants' proposed schedule will result in sequential Markman proceedings on the same patents (one for the consolidated case and one for Zydus's case).

Zydus believes the parties can agree on a consolidated schedule by December 19, 2024, or advise the Court of their positions by that time. Zydus can also be available at the Court's convenience for a conference to discuss this matter further.

We appreciate the Court's time and attention to this matter.

Respectfully submitted,

*s/Theodora McCormick*
THEODORA MCCORMICK

cc:    Counsel of Record (by CM/ECF)