**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, KUDOS PHARMACEUTICALS LIMITED, THE UNIVERSITY OF SHEFFIELD, and MSD INTERNATIONAL BUSINESS GMBH,<br><br>*Plaintiffs*,<br><br>v.<br><br>NATCO PHARMA LIMITED and NATCO PHARMA INC.,<br><br>*Defendants*. | Civil Action No. 3:23-796 (RK) (TJB)<br><br>**STIPULATION AND CONSOLIDATED AMENDED PRETRIAL SCHEDULING ORDER** |
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, KUDOS PHARMACEUTICALS LIMITED, THE UNIVERSITY OF SHEFFIELD, and MSD INTERNATIONAL BUSINESS GMBH,<br><br>*Plaintiffs*,<br><br>v.<br><br>SANDOZ INC.,<br><br>*Defendant*. | Civil Action No. 3:24-641 (RK) (TJB)<br>(Consolidated with 3:23-796) |
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, ASTRAZENECA AB, KUDOS PHARMACEUTICALS LIMITED, and MSD INTERNATIONAL BUSINESS GMBH,<br><br>*Plaintiffs*,<br><br>v.<br><br>NATCO PHARMA LIMITED and NATCO PHARMA INC., | Civil Action No. 3:24-5887 (RK) (TJB)<br>(Consolidated with 3:23-796) |

| | |
|---|---|
| *Defendants*. | |
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, KUDOS PHARMACEUTICALS LIMITED, THE UNIVERSITY OF SHEFFIELD, and MSD INTERNATIONAL BUSINESS GMBH,<br><br>*Plaintiffs*,<br><br>v.<br><br>SANDOZ INC.,<br><br>*Defendant*. | Civil Action No. 3:24-5889 (RK) (TJB)<br>(Consolidated with 3:23-796) |
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, ASTRAZENECA AB, KUDOS PHARMACEUTICALS LIMITED, THE UNIVERSITY OF SHEFFIELD, and MSD INTERNATIONAL BUSINESS GMBH,<br><br>*Plaintiffs*,<br><br>v.<br><br>CIPLA LIMITED and CIPLA USA, INC.,<br><br>*Defendants*. | Civil Action No. 3:24-7346 (RK) (TJB)<br>(Consolidated with 3:23-796) |
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, ASTRAZENECA AB, KUDOS PHARMACEUTICALS LIMITED, and MSD INTERNATIONAL BUSINESS GMBH,<br><br>*Plaintiffs*,<br><br>v.<br><br>NATCO PHARMA LIMITED and NATCO PHARMA INC.,<br><br>*Defendants*. | Civil Action No. 3:24-8162 (RK) (TJB)<br>(Consolidated with 3:23-796) |

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, ASTRAZENECA AB, KUDOS PHARMACEUTICALS LIMITED, and MSD INTERNATIONAL BUSINESS GMBH,<br><br>*Plaintiffs*,<br><br>v.<br><br>SANDOZ INC.,<br><br>*Defendant*. | Civil Action No. 3:24-8164 (RK) (TJB)<br>(Consolidated with 3:23-796) |
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, ASTRAZENECA AB, KUDOS PHARMACEUTICALS LIMITED, and MSD INTERNATIONAL BUSINESS GMBH,<br><br>*Plaintiffs*,<br><br>v.<br><br>CIPLA LIMITED and CIPLA USA, INC.,<br><br>*Defendants*. | Civil Action No. 3:24-8167 (RK) (TJB)<br>(Consolidated with 3:23-796) |
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, ASTRAZENECA AB, KUDOS PHARMACEUTICALS LIMITED, THE UNIVERSITY OF SHEFFIELD, and MSD INTERNATIONAL BUSINESS GMBH,<br><br>*Plaintiffs*,<br><br>v.<br><br>ZYDUS PHARMACEUTICALS (USA) INC. and ZYDUS LIFESCIENCES LIMITED,<br><br>*Defendants*. | Civil Action No. 3:24-10458 (RK) (TJB) |
| ASTRAZENECA PHARMACEUTICALS LP, | |

| | |
|---|---|
| ASTRAZENECA UK LIMITED, ASTRAZENECA AB, KUDOS PHARMACEUTICALS LIMITED, and MSD INTERNATIONAL BUSINESS GMBH,<br><br>*Plaintiffs*,<br><br>v.<br><br>NATCO PHARMA LIMITED and NATCO PHARMA INC.,<br><br>*Defendants*. | Civil Action No. 3:24-10624 (RK) (TJB) |
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, ASTRAZENECA AB, KUDOS PHARMACEUTICALS LIMITED, and MSD INTERNATIONAL BUSINESS GMBH,<br><br>*Plaintiffs*,<br><br>v.<br><br>SANDOZ INC.,<br><br>*Defendant*. | Civil Action No. 3:24-10627 (RK) (TJB) |
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, ASTRAZENECA AB, KUDOS PHARMACEUTICALS LIMITED, and MSD INTERNATIONAL BUSINESS GMBH,<br><br>*Plaintiffs*,<br><br>v.<br><br>CIPLA LIMITED and CIPLA USA, INC.,<br><br>*Defendants*. | Civil Action No. 3:24-10628 (RK) (TJB) |
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, ASTRAZENECA AB, KUDOS PHARMACEUTICALS LIMITED, and MSD | Civil Action No. 3:24-10629 (RK) (TJB) |

| |
|---|
| INTERNATIONAL BUSINESS GMBH,<br><br>*Plaintiffs*,<br><br>v.<br><br>ZYDUS PHARMACEUTICALS (USA) INC. and ZYDUS LIFESCIENCES LIMITED,<br><br>*Defendants*. |

Plaintiffs AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, AstraZeneca AB, Kudos Pharmaceuticals Limited, The University of Sheffield, and MSD International Business GmbH (collectively, "Plaintiffs"), Defendants Natco Pharma Limited, Natco Pharma Inc. (collectively, "Natco"), Defendant Sandoz Inc. ("Sandoz"), Defendants Cipla Limited and Cipla USA, Inc. (collectively, "Cipla") (Natco, Sandoz, and Cipla also collectively referred to as the "Existing Defendants"), and Defendants Zydus Pharmaceuticals (USA) Inc. and Zydus Lifesciences Limited (collectively, "Zydus") by and through their respective undersigned counsel, have agreed to the following stipulation, subject to the approval of the Court:

**WHEREAS**, the above-captioned actions, Civil Action Nos. 3:23-796, 3:24-641, 3:24-5887, 3:24-5889, 3:24-7346, 3:24-8162, 3:24-8164, 3:24-8167, 3:24-10458, 3:24-10624, 3:24-10627, 3:24-10628, and 3:24-10629 are currently pending in this Court and involve many of the same Plaintiffs, some related patents, the same active ingredient in each of the Abbreviated New Drug Applications ("ANDA"), and the same referenced New Drug Applications for LYNPARZA® (olaparib) tablets;

**WHEREAS**, the parties concomitantly seek to consolidate these actions for all pretrial purposes; and

**WHEREAS**, the parties agree that consolidation of the above-captioned actions for all pretrial purposes would promote judicial economy and conserve the Court's and the parties' time and resources.

**NOW THEREFORE**, it is hereby **STIPULATED and ORDERED** that the parties shall adhere to the following Consolidated Schedule:

| **Event** | **Current Date** | **New Date** |
|---|---|---|
| Zydus Production of ANDA | - | December 19, 2024 |
| Plaintiff Disclosure of Asserted Claims (810 Patent, Natco, Sandoz, and Cipla) | - | December 23, 2024 |
| Plaintiffs' Disclosure of Asserted Claims (all patents, for Zydus) | - | January 10, 2025 |
| Plaintiffs' Responsive Validity and Infringement Contentions to Natco, Sandoz, and Cipla only (842, 562, 396, 001, and 695 patents) | December 31, 2024 | January 17, 2025 |
| Natco, Cipla, and Sandoz Supplemental Invalidity and Noninfringement Contentions ('810 patent) | - | January 17, 2025 |
| Zydus Invalidity Contentions and Noninfringement Contentions (842, 562, 396, 001, 695, and 810 patents) | - | February 7, 2025 |
| Earliest date by which Natco, Cipla, and Sandoz may provide notice to Plaintiffs that they will join Zydus Invalidity Contentions (842, 562, 396, 001, 695, and 810 patents) | | February 14, 2025 |

| | | |
|---|---|---|
| Plaintiffs' Supplemental Infringement and Validity Contentions to Natco, Sandoz, and Cipla only (810 Patent) | - | February 14, 2025 |
| Plaintiffs' Infringement and Validity Contentions to Zydus (842, 562, 396, 001, 695, and 810 patents) | - | March 7, 2025 |
| Exchange Proposed Claim Terms for Construction (all patents, for Cipla, Natco, and Sandoz) | December 20, 2024 | February 19, 2025 |
| Exchange Preliminary Proposed Claim Constructions and Identify Evidence | January 9, 2025 | February 26, 2025 |
| Identify Rebuttal Claim Construction Evidence | January 23, 2025 | March 5, 2025 |
| Supplemental Exchange of Proposed Claim Terms for Construction (if necessary) | - | March 12, 2025 |
| Supplemental Exchange of Preliminary Proposed Claim Constructions and Identify Evidence | - | March 14, 2025 |
| Supplemental Identification of Rebuttal Claim Construction Evidence | - | March 17, 2025 |
| Submit Joint Claim Construction and Prehearing Statement | February 6, 2025 | March 28, 2025 |
| Substantial Completion of Document Production | May 15, 2025 | May 15, 2025 |
| Completion of Claim Construction Discovery | February 28, 2025 | April 11, 2025 |
| Opening Markman Submissions | March 27, 2025 | April 25, 2025 |

| | | |
|---|---|---|
| Completion of Claim Construction Expert Discovery | April 24, 2025 | May 9, 2025 |
| Responsive Markman Submissions | May 22, 2025 | May 23, 2025 |
| Submit Proposed Schedule to Court re Claim Construction Hearing | May 30, 2025 | May 30, 2025 |
| Claim Construction Hearing | June/July 2025 | June/July 2025 |
| Close of Fact Discovery | August 29, 2025 | August 29, 2025 |
| Opening Expert Reports | October 17, 2025 | October 17, 2025 |
| Rebuttal Expert Reports (and opening report on objective indicia by Plaintiffs) | December 5, 2025 | December 5, 2025 |
| Reply Expert Reports | January 9, 2026 | January 9, 2026 |
| Close of Expert Discovery | March 6, 2026 | March 6, 2026 |
| Opening Summary Judgment and Daubert Motions | March 27, 2026 | March 27, 2026 |
| Oppositions to SJ and Daubert Motions | April 24, 2026 | April 24, 2026 |
| Replies in support of SJ and Daubert motions | May 8, 2026 | May 8, 2026 |
| Submission of Joint Pretrial Order | June 5, 2026 | June 5, 2026 |
| Pre-trial Conference | June/July 2026 | June/July 2026 |
| Trial Ready | June/July 2026 | June/July 2026 |

It is **FURTHER STIPULATED and ORDERED** that Zydus is free to join Existing Defendants' invalidity contentions for the '562, '842, '396, '001, '695, and '810 patents, and to serve its own invalidity contentions with respect to those patents, which Existing Defendants are free to join after Zydus serves them;

It is **FURTHER STIPULATED and ORDERED** that Existing Defendants may not collaborate with Zydus in drafting Zydus's invalidity contentions for the '562, '842, '396, '001, '695, and '810 patents, and Zydus may not receive any portion of Plaintiffs' validity contentions for the '842, '396, '001, '695, and '810 patents or discuss them with the Existing Defendants until after submitting its own invalidity contentions for the '842, '396, '001, '695, and '810 patents on February 7, 2025;

It is **FURTHER STIPULATED and ORDERED** that Existing Defendants may provide notice to Plaintiffs that they join Zydus's invalidity contentions for the '562, '842, '396, '001, '695, and '810 patents no earlier than February 14, 2025.

**AGREED AND STIPULATED TO:**

Dated: December 19, 2024

*/s/ Charles Chevalier*
Charles Chevalier
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
(973) 596-4611
cchevalier@gibbonslaw.com

Of Counsel:
David I. Berl
Elise M. Baumgarten
Kevin Hoagland-Hanson
Falicia Elenberg
Nicholas Vincent
Max Accardi
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue SW
Washington, DC 20024
(202) 434-5000

Respectfully Submitted by:

*/s/ James S. Richter*
James S. Richter
**MIDLIGE RICHTER LLC**
645 Martinsville Road
Basking Ridge, New Jersey 07920
(908) 626-0622
jrichter@midlige-richter.com

Of Counsel:
Kevin Warner
William A. Rakoczy
Paul J. Molino
Greg L.Goldblatt
**RAKOCZY MOLING MAZZOCHI SIWIK LLP**
6 West Hubbard Street, Suite 500
Chicago, Illinois 60654
(312) 527-2157

***Attorneys for Defendants Natco Pharma Ltd. and Natco Pharma, Inc.***

dberl@wc.com
ebaumgarten@wc.com
khoagland-hanson@wc.com
felenberg@wc.com
nvincent@wc.com
maccardi@wc.com

***Attorneys for Plaintiffs AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, AstraZeneca AB, Kudos Pharmaceuticals Limited, The University of Sheffield, and MSD International Business GmbH.***

*s/ Eric I. Abraham*
Eric I. Abraham
William P. Murtha
Kristine L. Butler
**HILL WALLACK LLP**
21 Roszel Road
Princeton, NJ 08540
(609) 924-0808
eabraham@hillwallack.com

Of Counsel:
Laura A. Lydigsen
Mark. H. Remus
Mary E. LaFleur
**CROWELL & MORING LLP**
555 N. Cityfront Plaza Drive, Suite 3600
Chicago, Illinois 60611
(312) 321-4894
llydigsen@crowell.com
mremus@crowell.com
mlafleur@crowell.com

Ryan Seewald
**CROWELL & MORING LLP**
1601 Wewatta Street
Suite 815
Denver, CO 80202
(303) 524-8660
rseewald@crowell.com

***Attorneys for Defendant Sandoz Inc.***

*s/ Loly G. Tor*
Loly G. Tor
**K&L GATES LLP**
One Newark Center, 10th Floor
Newark, NJ 07102
(973) 848-4000
loly.tor@klgates.com

Anil H. Patel
**K&L GATES LLP**
609 Main Street, Suite 4150
Houston, TX 77002
(713) 815-7300
anil.patel@klgates.com

Elizabeth J. Weiskopf
Jenna Bruce
**K&L GATES LLP**
925 Fourth Avenue, Suite 2900
Seattle, Washington 98104
(206) 370-8025
elizabeth.weiskopf@klgates.com
jenna.bruce@klgates.com

***Attorneys for Defendants Cipla Limited and Cipla USA, Inc.***

*s/ Theodora McCormick*
Theodora McCormick
**EPSTEIN, BECKER, GREEN, P.C.**
150 College Road West, Suite 301
Princeton, NJ 08540
(609) 455-1546
tmccormick@ebglaw.com

Emily Larrimer Savas
Michael J. Gaertner
**LOCKE LORD LLP**
111 South Wacker Drive, Suite 4100
Chicago, IL 60606
(312) 443-0281
esavas@lockelord.com

***Attorneys for Defendant Zydus Pharmaceuticals (USA) Inc. and Zydus Lifesciences Limited***

**IT IS SO ORDERED.**

Dated: December 20, 2024

s/Tonianne J. Bongiovanni
TONIANNE J. BONGIOVANNI
United States Magistrate Judge

The Court shall conduct a status telephone conference on 2/24/2025 at 10:00 a.m.The parties are directed to confer, coordinate, and initiate the joint conference call. Once initiated, the parties shall conference in the Court by calling (609-989-2040). Further, on the morning of the conference, prior to initiating same, counsel shall submit a list, including the names of all counsel participating on the call and who they reprsent. The list shall be submitted to tjb_orders@njd.uscourts.gov.