IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, KUDOS PHARMACEUTICALS LIMITED, THE UNIVERSITY OF SHEFFIELD, and MSD INTERNATIONAL BUSINESS GMBH,<br><br>*Plaintiffs,*<br>v.<br><br>NATCO PHARMA LIMITED, NATCO PHARMA INC., SANDOZ INC., CIPLA LIMITED and CIPLA USA, INC.,<br><br>*Defendants.* | Civil Action No. 3:23-796 (RK) (TJB)<br>(Consolidated) |
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, ASTRAZENECA AB, KUDOS PHARMACEUTICALS LIMITED, THE UNIVERSITY OF SHEFFIELD, AND MSD INTERNATIONAL BUSINESS GMBH,<br><br>*Plaintiffs,*<br>v.<br><br>ZYDUS PHARMACEUTICALS (USA) INC. AND ZYDUS LIFESCIENCES LIMITED,<br><br>*Defendants.* | Civil Action No. 3:24-cv-10458 (RK)(TJB)<br>(Consolidated with 3:23-cv-796) |

**CONSENT DECREE AND JUDGMENT OF NON-INFRINGEMENT REGARDING U.S. PATENT NO. 8,475,842**

1. Plaintiffs AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, AstraZeneca AB, KuDOS Pharmaceuticals Limited, The University of Sheffield, and MSD International Business GmbH (collectively, "Plaintiffs,") have brought Civil Action No. 3:24-cv-10458 (consolidated with 3:23-cv-796) against Defendants Zydus Pharmaceuticals (USA) Inc. and Zydus Lifesciences Limited (collectively, "Zydus" and together with Plaintiffs, the

"Parties") alleging infringement of, *inter alia,* U.S. Patent No. 8,475,842 (the "'842 patent"). *See* Dkt. 1 in Civil Action No. 3:24-cv-10458 at Counts III-IV.

2. Plaintiff AstraZeneca Pharmaceuticals LP is the holder of New Drug Application ("NDA") No. 208558 for Lynparza® (olaparib tablets, 100 mg and 150 mg) and lists the '842 patent in the *Orange Book: Approved Drug Products with Therapeutic Equivalence Evaluations,* which is published by the U.S. Food and Drug Administration ("FDA") (the "Orange Book") in connection with the NDA for Lynparza®.

3. The '842 patent is entitled "Immediate Release Pharmaceutical Formulation of 4-[3-(4-Cyclopropanecarbonyl-Piperazine-1-Carbonyl)-4-Fluoro-Benzyl]-2H-Phthalazin-1-One," issued on July 2, 2013, and is assigned to Plaintiff KuDOS Pharmaceuticals Limited.

4. Zydus Pharmaceuticals (USA) Inc. ("Zydus USA") submitted Zydus USA's Abbreviated New Drug Application ("ANDA") No. 219893 ("Zydus USA's ANDA") to obtain approval from the FDA to engage in the commercial manufacture, use, offer for sale, sale, marketing, and/or importation into the United States of Zydus USA's olaparib tablets, 100 mg and 150 mg, described in Zydus USA's ANDA ("Zydus USA's ANDA Product") prior to the expiration of the '842 patent. As used in this Consent Judgment, the terms "Zydus USA's ANDA" and "Zydus USA's ANDA Product" refer to Zydus USA's ANDA Product as described in Zydus USA's ANDA as of February 7, 2025, including all amendments and supplements, whether now or in the future. Notwithstanding the foregoing, this Judgment shall not apply to Zydus USA's ANDA or Zydus USA's ANDA Product if Zydus amends the ANDA in a way that alters the components and composition of the drug product in Zydus's ANDA product to change the polymer in Zydus USA's ANDA Product in a way that materially alters the infringement analysis for Zydus USA's ANDA Product with respect to the '842 patent.

5

5. Zydus has asserted counterclaims and affirmative defenses seeking a declaration that the submission of Zydus USA's ANDA does not infringe the '842 patent, and that the manufacture, use, sale, offer for sale, and/or importation of Zydus USA's ANDA product will not infringe directly or indirectly, literally, or under to the doctrine of equivalents, any claim of the '842 patent, and that the '842 patent is invalid. *See* Dkt. 12 in Civil Action No. 3:24-cv-10458 at Third Counterclaim and Fourth Counterclaim.

6. AstraZeneca UK Ltd., AstraZeneca Pharmaceuticals LP, AstraZeneca AB, KuDOS Pharmaceuticals Limited, and MSD International Business GmbH executed a Covenant Not to Sue with respect to the '842 patent based on the composition of Zydus USA's ANDA Product as of February 7, 2025.

7. The Parties agree that this Court has jurisdiction to enter this Consent Decree and Judgment.

8. The Court has subject matter jurisdiction over the Parties' claims, and the Parties do not dispute that for the purpose of this action the Court has personal jurisdiction over them.

9. The Parties agree that the submission of Zydus USA's ANDA and Zydus's manufacture, use, sale, offer for sale, and/or importation of Zydus USA's ANDA Product in the United States does not and will not infringe any claim of the '842 patent.

**NOW, THEREFORE, IT IS HEREBY STIPULATED, ADJUDGED, AND DECREED THAT:**

1. For the purpose of this action only, this Court has jurisdiction over Zydus and Plaintiffs and the subject matter of this action.

2. Based on the Parties' representations, the Court finds that the submission of Zydus USA's ANDA and the manufacture, use, sale, offer for sale, and/or importation of

Zydus USA's ANDA Product in the United States does not and will not infringe any claim of the '842 patent.

3. Final judgment of non-infringement is therefore entered in favor of Zydus as to non-infringement of the '842 patent (Dkt. 12 in Civil Action No. 3:24-cv-10458 at Third Counterclaim (Non-infringement of the '842 patent)).

4. The Court retains jurisdiction for purposes of enforcement of the provisions of this Judgment and Order.

5. This case shall continue as to all remaining claims and defenses.

6. Each Party shall bear its own costs and attorneys' fees.

7. Under Fed. R. Civ. P. 54(b), there is no just reason for delay.

8. The clerk of the Court is directed to enter Judgment forthwith.

Dated: February 26, 2025

s/ Charles H. Chevalier
Charles H. Chevalier
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
Telephone No.: (973) 596-4500
cchevalier@gibbonslaw.com

*Of Counsel:*

David I. Berl
Elise Baumgarten
Kevin Hoagland-Hanson
Falicia Elenberg
Nicholas G. Vincent
Max Accardi
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue SW
Washington, DC 20024
(202) 434-5000
dberl@wc.com
ebaumgarten@wc.com
khoagland-hanson@wc.com

s/ Theodora McCormick
Theodora McCormick
Lauren B. Cooper
**Epstein Becker & Green, P.C.**
150 College Road West, Suite 301
Princeton, New Jersey 08540
Telephone: (609) 455-1540
tmmcormick@ebglaw.com
lcooper@ebglaw.com

*Of Counsel:*

Michael J. Gaertner
Emily L. Savas
James T. Peterka
David M. Knapp
Hannah J. Thomas
**BUCHANNAN INGERSOLL & ROONEY P.C.**
125 S. Wacker Dr. Suite 300
Chicago, IL 60606
(312) 261-8777

5

felenberg@wc.com
nvincent@wc.com
maccardi@wc.com

*Attorneys for Plaintiffs AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, AstraZeneca AB, KuDOS Pharmaceuticals Limited, The University of Sheffield, and MSD International Business GmbH*

michael.gaertner@bipc.com
emily.savas@bipc.com
james.peterka@bipc.com
david.knapp@bipc.com
hannah.thomas@bipc.com

*Attorneys for Defendants Zydus Pharmaceuticals (USA) Inc. and Zydus Lifesciences Limited*

IT IS SO ORDERED
this 27th day of February, 2025

_____
Robert Kirsch, U.S.D.J.

5