UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
<u>MINUTES OF PROCEEDINGS</u>

**OFFICE**: TRENTON                                    **DATE**: JULY 16, 2025

**JUDGE**: ROBERT KIRSCH

**COURT REPORTER**: PAULA HOROVITZ

**TITLE OF CASE**:                                     **CIVIL NO. 23-CV-796 (RK) (TJB)**
ASTRAZENECA PHARMACEUTICALS LP ET AL
v.
SANDOZ INC. ET AL

**APPEARANCES**:

Charles Chevalier, Esq., David Berl, Esq., Elise Baumgarten, Esq., Kevin Hoagland-Hanson, Esq., Robert Hartsmith, Esq. and Falicia Elenberg, Esq., counsel for Plaintiff

James Richter, Esq., Kevin Warner, Esq. and Nicholas Bortz, Esq., counsel for the Defendant/Counter Claimant Natco Pharma Limited

Kristine Butler, Esq. and Laura Lydigsen, Esq., counsel for Defendant Sandoz Inc.

Anil Patel, Esq. and Loly Tor, Esq., counsel for Defendants/Counter Claimants Cipla Limited and Cipla USA, Inc.

Theodora McCormick, Esq., David Knapp, Esq. and James Peterka, Esq., counsel for Defendants/Counter Claimants Zydus Pharmaceuticals (USA) Inc. and Zydus Lifesciences Limited

**NATURE OF PROCEEDINGS**: MARKMAN HEARING

Pre-Markman tutorial hearing held.

Markman Hearing held.

BREAK:  1:36 p.m. – 2:33 p.m.

Markman Hearing continued.

Decision reserved.

Opinion and Order to issue.

**Time Commenced:**  10:29 a.m.
**Time Adjourned**:     4:02 p.m.
**Total Time**:         4 hours 36 minutes

                                                       s/ *Patricia Markey*
                                                       DEPUTY CLERK