Eric I. Abraham
William P. Murtha
Kristine L. Butler
HILL WALLACK LLP
21 Roszel Road
Princeton, New Jersey 08540

*Counsel for Defendant Sandoz Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, ASTRAZENECA AB, KUDOS PHARMACEUTICALS LIMITED, THE UNIVERSITY OF SHEFFIELD, AND MSD INTERNATIONAL BUSINESS GMBH,<br><br>*Plaintiffs,*<br><br>v.<br><br>NATCO PHARMA LIMITED, SANDOZ INC., CIPLA LIMITED, CIPLA USA, INC., ZYDUS PHARMACEUTICALS (USA) INC., AND ZYDUS LIFESCIENCES LIMITED,<br><br>*Defendants.* | Civil Action No. 23-cv-796 (RK)(TJB)<br>(Consolidated)<br><br>*Document filed electronically* |

### DEFENDANT SANDOZ INC.'S NOTICE OF MOTION TO SEAL

**PLEASE TAKE NOTICE** that, on October 20, 2025, or as soon thereafter as the parties may be heard, Defendant Sandoz Inc. ("Defendant"), shall move before the Hon. Tonianne Bongiovanni, U.S.M.J., for an Order pursuant to Local Rule 5.3 to maintain under seal the unredacted version of exhibit M to the Letter from E. Abraham to Judge Bongiovanni filed on September 10, 2025 (ECF No. 251-3).

1

**PLEASE TAKE FURTHER NOTICE** that Defendant will rely upon (1) the redacted version of exhibit M to the Letter from E. Abraham to Judge Bongiovanni filed on September 10, 2025 (ECF No. 251-3) attached as Exhibit A hereto, (2) the Index attached as Exhibit B hereto, and (3) the Declaration of Kristine L. Butler attached to the Index.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs consent to this Motion.

**PLEASE TAKE FURTHER NOTICE** that a proposed Order granting the relief requested is submitted herewith.

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to Local Civil Rules 7.1(d)(4) and 5.3(c)(1), no legal brief is required and all relevant information required by Local Rule 5.3(c)(3) has been set forth in the accompanying Declaration of Kristine L. Butler.

Dated: September 26, 2025

Respectfully submitted,

*s/ Kristine L. Butler*
Eric I. Abraham (eabraham@hillwallack.com)
William P. Murtha (wmurtha@hillwallack.com)
Kristine L. Butler (kbutler@hillwallack.com)
**HILL WALLACK LLP**
21 Roszel Road
Princeton, NJ 08540
T: (609) 924-0808
F: (609) 452-1888

*Of Counsel:*
Mark H. Remus (mremus@crowell.com)
Laura A. Lydigsen (llydigsen@crowell.com)
Mary E. LaFleur (mlafleur@crowell.com)
**CROWELL & MORING LLP**
455 North Cityfront Plaza Drive
NBC Tower, Suite 3600
Chicago, IL 60611
T: (312) 321-4200
F: (312) 321-4299

Ryan H. Seewald (rseewald@crowell.com)

2

         **CROWELL & MORING LLP**
         1601 Wewatta Street, Suite 815
         Denver, CO 80202
         T: (303) 524-8661

         *Attorneys for Defendant Sandoz Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on September 26, 2025, I filed a true and correct copy of the foregoing Notice of Motion to Seal and supporting documents on the Court's CM/ECF system, which will cause copies to be served via the ECF notification system upon all counsel of record.

s/ *Kristine L. Butler*
Kristine L. Butler
