James S. Richter
MIDLIGE RICHTER LLC
645 Martinsville Road
Basking Ridge, New Jersey 07920

*Counsel for Defendant*
*Natco Pharma Limited*

Eric I. Abraham
William P. Murtha
Kristine L. Butler
HILL WALLACK LLP
21 Roszel Road
Princeton, New Jersey 08540

*Counsel for Defendant Sandoz Inc.*

Loly Tor
William E. Antonides, III
K&L GATES LLP
One Newark Center, 10th Floor
Newark, New Jersey 07102

*Counsel for Defendants Cipla USA, Inc. and*
*Cipla Limited*

Theodora McCormick
Lauren B. Cooper
Alec Wong
BAKER, DONELSON, BEARMAN, CALDWELL &
BERKOWITZ, PC
Office One
4365 Route 1 South, Suite 301
Princeton, New Jersey 08540

*Counsel for Defendants Zydus Lifesciences*
*Ltd. and Zydus Pharmaceuticals (USA) Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, ASTRAZENECA AB, KUDOS PHARMACEUTICALS LIMITED, THE UNIVERSITY OF SHEFFIELD, AND MSD INTERNATIONAL BUSINESS GMBH, <br><br> *Plaintiffs,* <br><br> v. <br><br> NATCO PHARMA LIMITED, SANDOZ INC., CIPLA LIMITED, CIPLA USA, INC., ZYDUS PHARMACEUTICALS (USA) INC., AND ZYDUS LIFESCIENCES LIMITED, <br><br> *Defendants.* | Civil Action No. 23-cv-796 (RK)(TJB) (Consolidated) <br><br> **DEFENDANTS' NOTICE OF MOTION FOR LEAVE TO AMEND AFFIRMATIVE DEFENSES, COUNTERCLAIMS, AND INVALIDITY CONTENTIONS** <br><br> **Return Date: November 3, 2025** <br><br> **Oral Argument Requested** <br><br> *Document filed electronically* |

1

**PLEASE TAKE NOTICE** that on November 3, 2025, or on such day and time as the Court shall designate, Defendants Natco Pharma Limited ("Natco"), Sandoz Inc. ("Sandoz"), Cipla Limited and Cipla USA, Inc. ("Cipla"), and Zydus Pharmaceuticals (USA) Inc. and Zydus Lifesciences Limited ("Zydus") (collectively, "Defendants"), by and through their attorneys, will move before the Honorable Tonianne J. Bongiovanni, U.S.M.J., at the United States District Court for the District of New Jersey, 402 East State Street, Trenton, New Jersey 08608, pursuant to L. Civ. R. 15.1 and Fed. R. Civ. P. 15, for the entry of an Order granting Defendants' Motion for Leave to Amend Affirmative Defenses, Counterclaims, and Invalidity Contentions.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Defendants will rely on the accompanying Memorandum of Law, the Declarations of James S. Richter, Kristine L. Butler, Loly Tor, and Theodora McCormick with Exhibits attached thereto and submitted herewith, and any submissions made on reply. A proposed Order is also included for the Court's consideration.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs intend to oppose Defendants' Motion.

**PLEASE TAKE FURTHER NOTICE** that Defendants request oral argument on this Motion.

Dated: September 29, 2025

By: _/s/ James S. Richter_
James S. Richter (jrichter@midlige-richter.com)
**MIDLIGE RICHTER LLC**
645 Martinsville Road
Basking Ridge, New Jersey 07920
(908) 626-0622 (telephone)

_Of Counsel:_
Kevin Warner (kwarner@rmmslegal.com)
Paul J. Molino (pmolino@rmmslegal.com)

2

William A. Rakoczy (wrakoczy@rmmslegal.com)
Nicholas D. Bortz (nbortz@rmmslegal.com)
**RAKOCZY MOLINO MAZZOCHI SIWIK LLP**
6 West Hubbard Street, Suite 500
Chicago, Illinois 60654
(312) 527-2157 (telephone)

*Attorneys for Defendant/Counterclaim-Plaintiff*
*Natco Pharma Limited*

Eric I. Abraham (eabraham@hillwallack.com)
William P. Murtha (wmurtha@hillwallack.com)
Kristine L. Butler (kbutler@hillwallack.com)
**HILL WALLACK LLP**
21 Roszel Road
Princeton, NJ 08540
T: (609) 924-0808
F: (609) 452-1888

Mark H. Remus (mremus@crowell.com)
Laura A. Lydigsen (llydigsen@crowell.com)
Mary E. LaFleur (mlafleur@crowell.com)
**CROWELL & MORING LLP**
455 North Cityfront Plaza Drive
NBC Tower, Suite 3600
Chicago, IL 60611
T: (312) 321-4200
F: (312) 321-4299

Ryan H. Seewald (rseewald@crowell.com)
**CROWELL & MORING LLP**
1601 Wewatta Street, Suite 815
Denver, CO 80202
T: (303) 524-8661

*Attorneys for Defendant Sandoz Inc.*

Loly G. Tor (loly.tor@klgates.com)
William E. Antonides, III
(bill.antonidesIII@klgates.com)
**K&L GATES LLP**
One Newark Center, 10th Floor
Newark, NJ
T: (973) 848-4026
F: (973) 848-4001

3

*Of Counsel:*
Anil H. Patel (anil.patel@klgates.com)
**K&L GATES LLP**
609 Main Street, Suite 4150
Houston, TX 77002
T: (713) 815-7300
F: (713) 815-7301

Elizabeth Weiskopf
(elizabeth.wesikopf@klgates.com)
Jenna Bruce (jenna.bruce@klgates.com)
**K&L GATES LLP**
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
T: (206) 623-7580
F: (206) 623-7022

*Attorneys for Defendants/Counterclaim-Plaintiffs*
*Cipla Limited and Cipla USA, Inc.*

Theodora McCormick
Lauren B. Cooper
Alec Wong
**BAKER, DONELSON, BEARMAN, CALDWELL &**
**BERKOWITZ, PC**
Office One
4365 Route 1 South, Suite 301
Princeton, New Jersey 08540
T: (609) 490-4860
F: (732) 242-8051
tmccormick@bakerdonelson.com
lcooper@bakerdonelson.com
twong@bakerdonelson.com

*Of Counsel:*
Michael J. Gaertner
James T. Peterka
Emily L. Savas
David M. Knapp
Hannah J. Thomas
**BUCHANAN INGERSOLL & ROONEY P.C.**
125 South Wacker Drive
Chicago, Illinois 60606
(312) 261-8777
michael.gaertner@bipc.com
james.peterka@bipc.com

4

emily.savas@bipc.com
david.knapp@bipc.com
hannah.thomas@bipc.com

*Attorneys for Zydus Pharmaceuticals (USA) Inc.*
*and Zydus Lifesciences Ltd.*

## CERTIFICATION OF SERVICE

The undersigned attorney certifies that a copy of the foregoing Motion to Amend and supporting documents were served on all counsel of record by ECF and electronic mail on September 29, 2025.

*s/ James S. Richter*

James S. Richter

Dated:  September 29, 2025