**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, ASTRAZENECA AB, KUDOS PHARMACEUTICALS LIMITED, THE UNIVERSITY OF SHEFFIELD, AND MSD INTERNATIONAL BUSINESS GMBH, <br><br> *Plaintiffs,* <br><br> v. <br><br> NATCO PHARMA LIMITED, SANDOZ INC., CIPLA LIMITED, CIPLA USA, INC., ZYDUS PHARMACEUTICALS (USA) INC., AND ZYDUS LIFESCIENCES LIMITED, <br><br> *Defendants.* | Civil Action No. 23-cv-796 (RK)(TJB) (Consolidated) <br><br> *Document filed electronically* |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO AMEND AFFIRMATIVE DEFENSES, COUNTERCLAIMS, AND INVALIDITY CONTENTIONS**

**THIS MATTER** having been opened by counsel for Defendants Natco Pharma Limited ("Natco"), Sandoz Inc. ("Sandoz"), Cipla Limited and Cipla USA, Inc. ("Cipla"), and Zydus Pharmaceuticals (USA) Inc. and Zydus Lifesciences Limited ("Zydus") (collectively, "Defendants") for the entry of an Order granting Defendants' Motion for Leave to Amend Affirmative Defenses, Counterclaims, and Invalidity Contentions; and the Court having considered all papers filed in support; and any submission in opposition; and any oral argument;

**IT IS** on this _____ day of _____, 2025,

**ORDERED** that Defendants' Motion for Leave to Amend Affirmative Defenses, Counterclaims, and Invalidity Contentions is **GRANTED**; and

1

**IT IS FURTHER ORDERED** that Defendants shall file their Amended Answers, Affirmative Defenses, and Counterclaims, and shall serve their Amended Invalidity Contentions, within _____ days of the filing of this Order.

**SO ORDERED.**

_____
Hon. Tonianne J. Bongiovanni, U.S.M.J.