# Exhibit 2

*Plaintiffs' Validity Contentions*
*('562 Patent)*, May 24, 2024 (excerpted)

Charles Chevalier
GIBBONS P.C.
One Gateway Center
Newark, New Jersey 07102-5310
(973) 596-4611
cchevalier@gibbonslaw.com

*Counsel for Plaintiffs AstraZeneca Pharmaceuticals LP,*
*AstraZeneca UK Limited, Kudos Pharmaceuticals Limited,*
*The University of Sheffield, and MSD International Business GmbH*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, KUDOS PHARMACEUTICALS LIMITED, THE UNIVERSITY OF SHEFFIELD, and MSD INTERNATIONAL BUSINESS GMBH, <br><br> Plaintiffs, <br><br> v. <br><br> NATCO PHARMA LIMITED and NATCO PHARMA INC., <br><br> Defendants. | Honorable Robert Kirsch, U.S.D.J. <br><br> Civil Action No. 23-796 (RK) (TJB) (Consolidated) <br><br> **CONFIDENTIAL** |

## PLAINTIFFS' RESPONSES TO DEFENDANTS' INVALIDITY CONTENTIONS ('562 PATENT)

CONTAINS PLAINTIFFS' CONFIDENTIAL INFORMATION

> **2.      The '701 and '530 Patents Are Not Available as Double Patenting References.**

Defendants contend that the reference patents are available as double patenting references because they share a common inventor and because the reference claims are earlier-expiring than claim 1 of the '562 patent. Contentions at 156. Defendants are incorrect for the reasons explained in this section.

> **a.      The '701 and '530 Patents Do Not Share an Inventive Entity, Common Applicant, or Common Owner or Assignee with the '562 Patent.**

Non-statutory double patenting requires that the alleged reference patents share at least one common (joint) inventor, a common applicant, and/or a common owner or assignee with the claims from the allegedly invalid patent. *See In re Hubbell*, 709 F.3d 1140, 1146–47 (Fed. Cir. 2013). None of these requirements is met between the reference patents and the '562 patent.

The reference patents do not share a common owner or assignee with the '562 patent. The reference patents are and have always been assigned to Cancer Research Technology Limited and Pfizer Inc. *See* AZ-LYNPARZA-0063151, AZ-LYNPARZA-0063153. In contrast, the '562 patent is and has always been assigned to the University of Sheffield. *See* AZ-LYNPARZA-0043824.

Nor do the '701 and '530 patents share an inventive entity, at least one common inventor, or a common applicant with the '562 patent. Thomas Helleday is not an appropriate named inventor of the claimed inventions in the reference patents. The reference patents are directed to three specific compounds. Dr. Helleday did not have access to those compounds, did not know their structures or their properties, and the data in the reference patents was not generated in Dr. Helleday's laboratory. *See, e.g.*, SHEFFIELD-0001439, SHEFFIELD-0001140, SHEFFIELD-0001444, SHEFFIELD-0001871, SHEFFIELD-0001874, SHEFFIELD-0002127, SHEFFIELD-

20

**CONTAINS PLAINTIFFS' CONFIDENTIAL INFORMATION**

Dated: May 24, 2024

Respectfully submitted,

/s/ Charles H. Chevalier
Charles Chevalier
GIBBONS P.C.
One Gateway Center
Newark, New Jersey 07102-5310
(973) 596-4611
cchevalier@gibbonslaw.com

*Of Counsel*:
David I. Berl
Elise Baumgarten
Kevin Hoagland-Hanson
Falicia Elenberg
Nicholas G. Vincent
Max Accardi
WILLIAMS & CONNOLLY LLP
680 Maine Ave., SW
Washington, DC 20024
(202) 434-5000
dberl@wc.com
ebaumgarten@wc.com
khoagland-hanson@wc.com
felenberg@wc.com
nvincent@wc.com
maccardi@wc.com

*Counsel for Plaintiffs AstraZeneca*
*Pharmaceuticals LP,*
*AstraZeneca UK Limited, Kudos*
*Pharmaceuticals Limited,*
*The University of Sheffield, and MSD*
*International Business GmbH*