# Exhibit 4

*Plaintiffs' Validity Contentions ('562 Patent)*, Jan. 17, 2025 (excerpted)

Charles H. Chevalier
GIBBONS P.C.
One Gateway Center
Newark, New Jersey 07102-5310
(973) 596-4611
cchevalier@gibbonslaw.com

*Of Counsel:*
David I. Berl
Elise M. Baumgarten
Kevin Hoagland-Hanson
Max Accardi
Nicholas Vincent
Falicia Elenberg
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, SW
Washington, DC 20024
(202) 434-5000
dberl@wc.com
ebaumgarten@wc.com
khoagland-hanson@wc.com
maccardi@wc.com
nvincent@wc.com
felenberg@wc.com

*Counsel for Plaintiffs AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, AstraZeneca AB, KuDOS Pharmaceuticals Limited, and MSD International Business GmbH*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, ASTRAZENECA AB, KUDOS PHARMACEUTICALS LIMITED, THE UNIVERSITY OF SHEFFIELD, and MSD INTERNATIONAL BUSINESS GMBH, <br><br> *Plaintiffs*, <br><br> v. <br><br> NATCO PHARMA LIMITED, SANDOZ INC., CIPLA LIMITED and CIPLA USA, INC., <br><br> *Defendants*. | Honorable Robert Kirsch, U.S.D.J. <br> Civil Action No. 23 CV 796 (RK)(TJB) <br> (Consolidated) <br><br> **CONFIDENTIAL** <br><br> **PLAINTIFFS' RESPONSES TO DEFENDANTS NATCO, SANDOZ, AND CIPLA's INVALIDITY CONTENTIONS FOR THE '562 PATENT** |

**CONTAINS PLAINTIFFS' CONFIDENTIAL INFORMATION**

whether those claims are available as reference patents has changed since that decision, and no court has considered whether the '701 and '530 patents are available as reference patents with respect to that claim today. *See infra* Section VI.B.2.a.

> **2.     The '701, '530, '579, and '241 Patents Are Not Available as Double Patenting References.**

Defendants contend that the '701, '530, '579, and '241 reference patents are available as double patenting references because they share a common inventor or owner and because the reference claims are earlier-expiring than claim 1 of the '562 patent. Contentions at 187–188, 191. Defendants are incorrect for the reasons explained in this section.

> **a.     The Reference Patents Do Not Share an Inventive Entity, Common Applicant, or Common Owner or Assignee with the '562 Patent.**

Non-statutory double patenting requires that the alleged reference patents share at least one common (joint) inventor, a common applicant, and/or a common owner or assignee with the claims from the allegedly invalid patent. *See In re Hubbell*, 709 F.3d 1140, 1146–47 (Fed. Cir. 2013). None of these requirements is met between the reference patents and the '562 patent.

The '701 and '530 reference patents do not share a common owner or assignee with the '562 patent. The '701 and '530 reference patents are and have always been assigned to Cancer Research Technology Limited and Pfizer Inc. *See* AZ-LYNPARZA-0063151, AZ-LYNPARZA-0063153. In contrast, the '562 patent is and has always been assigned to the University of Sheffield. *See* AZ-LYNPARZA-0043824.

Nor do the '701 and '530 patents share an inventive entity, at least one common inventor, or a common applicant with the '562 patent. Thomas Helleday is not a named inventor of the claimed inventions in the '701 and '530 reference patents. SHEFFIELD-0016383 at -6386–6402, -6491, -6493, -6502, -6524–30, -6633, -7226–30, -7259–63, -7315–30; SHEFFIELD-

22

**CONTAINS PLAINTIFFS' CONFIDENTIAL INFORMATION**

0017331 at -7331–61, -7364–66; -7514–17, -7869–83, -8153–57, -8215–17, -8265–80.  The '701 and '530 reference patents are directed to three specific compounds.  Dr. Helleday did not have access to those compounds, did not know their structures or their properties, and the data in the '701 and '530 reference patents was not generated in Dr. Helleday's laboratory.  *See, e.g.*, SHEFFIELD-0001439, SHEFFIELD-0001140, SHEFFIELD-0001444, SHEFFIELD-0001871, SHEFFIELD-0001874, SHEFFIELD-0002127, SHEFFIELD-0003191, SHEFFIELD-0003351, SHEFFIELD-0004317, SHEFFIELD-0015058.  Dr. Helleday did not make a significant contribution to the conception or reduction to practice of the methods claimed in the '701 and '530 reference patents.  To the extent that Dr. Helleday made any contribution, it was insignificant in quality when measured against the dimension of the full invention, i.e., the use of the specific claimed compounds, the structure and properties of which Dr. Helleday was unaware.

Since Thomas Helleday is not an inventor or assignee of the '701 and '530 reference patents, he also cannot be an applicant.  *See* 37 C.F.R. §§ 1.42, 1.43, 1.45, 1.46 (collectively identifying an applicant as an inventor, joint inventor, or assignee of a patent); *see also* MPEP Section 605, "Applicant."

The '579 and '241 reference patents do not share a common owner with the '562 patent. The '579 and '241 reference patents are and have always been assigned to the Institute of Cancer Research and KuDOS Pharmaceuticals Limited.  SHEFFIELD-0019763; SHEFFIELD-0022241; SHEFFIELD-0018391; SHEFFIELD-0022242.  In contrast, the '562 patent is and has always been assigned to the University of Sheffield.  *See* AZ-LYNPARZA-0043824.

23

**CONTAINS PLAINTIFFS' CONFIDENTIAL INFORMATION**

Dated: January 17, 2025

Respectfully submitted,

/s/ Charles H. Chevalier
Charles Chevalier
GIBBONS P.C.
One Gateway Center
Newark, New Jersey 07102-5310
(973) 596-4611
cchevalier@gibbonslaw.com

*Of Counsel*:
David I. Berl
Elise Baumgarten
Kevin Hoagland-Hanson
Falicia Elenberg
Nicholas G. Vincent
Max Accardi
WILLIAMS & CONNOLLY LLP
680 Maine Ave., SW
Washington, DC 20024
(202) 434-5000
dberl@wc.com
ebaumgarten@wc.com
khoagland-hanson@wc.com
felenberg@wc.com
nvincent@wc.com
maccardi@wc.com

*Counsel for Plaintiffs AstraZeneca*
*Pharmaceuticals LP,*
*AstraZeneca UK Limited, AstraZeneca AB,*
*KuDOS Pharmaceuticals Limited,*
*The University of Sheffield, and MSD*
*International Business GmbH*