

CHARLES H. CHEVALIER
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4611 Fax: (973) 639-6239
cchevalier@gibbonslaw.com

December 16, 2025

**VIA ECF**

Honorable Tonianne J. Bongiovanni, U.S.M.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

> **Re:** ***AstraZeneca Pharmaceuticals LP v. Natco Pharma Limited,*** **Civil Action No. 3:23-cv-796 (RK) (TJB) (Consolidated)**

Dear Judge Bongiovanni:

Our firm, together with Williams & Connolly LLP, represents Plaintiffs AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, AstraZeneca AB, KuDOS Pharmaceuticals Limited, The University of Sheffield, and MSD International Business GmbH (collectively, "Plaintiffs") in the above-referenced matters. With Midlige Richter, LLC and Rakoczy Molino Mazzochi Siwik LLP, counsel for Defendant Natco Pharma Limited ("Natco"), and with Hill Wallack LLP and Crowell & Moring LLP, counsel for Defendant Sandoz Inc. ("Sandoz"), and with K&L Gates LLP, counsel for Defendants Cipla Limited and Cipla USA, Inc. ("Cipla"), and with Baker, Donelson, Bearman, Caldwell & Berkowitz, PC and Buchanan Ingersoll & Rooney PC, counsel for Defendants Zydus Pharmaceuticals (USA) Inc. and Zydus Lifesciences Limited ("Zydus") (collectively, "Defendants"), we write to notify the Court that no party will seek to redact the Transcript of Status Conference held on October 28, 2025, before Your Honor (ECF No. 299).

Please do not hesitate to have Your Honor's staff contact me with any questions regarding the foregoing if we may be of any assistance to the Court. We thank the Court for its consideration and continued assistance in this matter.

Respectfully submitted,

s/ Charles H. Chevalier
Charles H. Chevalier

cc: all counsel of record (via ECF and Email)