Midlige Richter

121 UNION AVENUE
MIDDLESEX, NEW JERSEY 08846
PHONE: 908.626.0622

**JAMES S. RICHTER**
Of Counsel
(201) 874-7325 (m)
jrichter@midlige-richter.com

March 30, 2026

**BY ECF**

Honorable Robert Kirsch, U.S.D.J.
Honorable Tonianne J. Bongiovanni, U.S.M.J.
United States District Court
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 E. State Street
Trenton, New Jersey 08608

**Re: *AstraZeneca Pharmaceuticals LP, et al. v. Natco Pharma Limited, et al.***
***Civil Action No. 23 CV 796 (RK)(TJB)(consolidated)***

Dear Judges Kirsch and Bongiovanni:

This firm, along with Rakoczy Molino Mazzochi Siwik LLP, represents Defendant Natco Pharma Limited. We write on behalf of all parties regarding trial scheduling. Pursuant to the November 6, 2025 Amended Scheduling Order (ECF No. 279), an August 2026 trial ready date has been set. The parties are writing to respectfully seek availability for trial on the Court's calendar. Based on the trial schedules of Plaintiffs' counsel, the parties respectfully request a trial in late October 2026, or as soon thereafter as the Court is available.

Once a trial date is set, the parties will confer as to whether an amended pretrial order date is also necessary. The parties have met and conferred and are prepared to proceed to trial during that time frame and believe the trial will last no longer than 10 days. Both parties are also evaluating potential summary judgment motions but to the extent either party moves for summary judgment they will do so in accordance with the current scheduling order.

We thank Your Honors for your consideration and assistance in this matter. Should you have any questions or wish to discuss, the parties are available at your convenience.

Respectfully submitted,

*s/ James S. Richter*

James S. Richter

Cc: All Counsel of Record (by ECF)