UNITED STATES COURT OF INTERNATIONAL TRADE
ONE FEDERAL PLAZA
NEW YORK, N.Y. 10278-0001

CHAMBERS OF
Jennifer Choe-Groves
Judge

May 5, 2026

**Via CM/ECF**

Re: Astrazeneca Pharmaceuticals LP et al v. Sandoz Inc. et al
Consol. Court No. 3:23-cv-00796

Dear Counsel:

The above-captioned matter has been reassigned to this Chambers. The Parties are directed to familiarize themselves with my Standing Order for the U.S. District Court for the District of New Jersey, which is available on the U.S. Court of International Trade website under the Judges tab for Judge Jennifer Choe-Groves (https://www.cit.uscourts.gov/content/judge-jennifer-choe-groves). Discovery disputes and non-dispositive motions will continue to be addressed by the assigned Magistrate Judge (including discovery conferences, status conferences, and pre-trial conferences). Dispositive motions and trial will be handled by Judge Choe-Groves (Markman, motions for summary judgment, motions in limine, Daubert, bench and jury trials, etc.).

The Parties shall file a Joint Proposed Amended Scheduling Order in the above-captioned case within 7 days from the date of this letter. Please refer to the sample scheduling orders on my website (https://www.cit.uscourts.gov/content/judge-jennifer-choe-groves) for ANDA and non-ANDA patent cases. To the extent that certain deadlines and litigation activities have already been completed in this case, feel free to address only relevant deadlines moving forward in the proposed scheduling order. Please continue to include any currently scheduled dates (such as status conferences with the Magistrate Judge). Please propose Markman hearing dates (to the extent applicable), dispositive and Daubert motion dates (to the extent applicable), pre-trial conference dates, and trial dates. The Court will attempt to select dates as close to the proposed dates as possible.

The Parties are directed to provide to this Chambers two physical copies of all Markman, dispositive and Daubert motions, pretrial, and trial filings, even if physical copies were previously furnished to another chambers. The Parties are not required to mail paper copies of non-dispositive motions, memoranda of points and authorities, letters, stipulations, status reports, and similar shorter filings.

Physical copies shall be mailed to the Clerk of Court at the United States Court of International Trade, One Federal Plaza, New York, New York 10278-0001. The Parties need not send paper copies to the Clerk of Court for the U.S. District Court for the District of New Jersey.

Any questions regarding the submission of physical documents may be directed to my Case Manager, Steve Taronji, by telephone at (212) 264-1611 or via e-mail at steve_taronji@cit.uscourts.gov.

Thank you for your assistance and cooperation.

Very truly yours,

/s/ Jennifer Choe-Groves
Jennifer Choe-Groves, Judge

Cc: Steve Taronji
For Docketing

Counsel of Record