**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, ASTRAZENECA AB, KUDOS PHARMACEUTICALS LIMTED, THE UNIVERSITY OF SHEFFIELD, AND MSD INTERNATIONAL BUSINESS GMBH,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**CIPLA LIMITED, CIPLA USA, INC., ZYDUS PHARMACEUTICALS (USA) INC, AND ZYDUS LIFESCIENCES LIMITED,**<br><br>**Defendants.** | **Consol. Court No. 3:23-cv-00796-JCG-TJB** |

**ORDER**

Upon consideration of the Letter to the Parties (ECF No. 328), it is hereby

**ORDERED** that the Parties are not required to mail paper copies of documents to the Court unless requested, and any instructions regarding mailing copies to the Court provided in the Letter to the Parties (ECF No. 328) shall be disregarded; and it is further

**ORDERED** that all other matters discussed in the Letter to the Parties shall

remain intact.

IT IS SO ORDERED this 8th day of May, 2026.

/s/ Jennifer Choe-Groves
Jennifer Choe-Groves
U.S. District Court Judge*

*Judge Jennifer Choe-Groves, of the United States Court of International Trade, sitting by designation.