Charles H. Chevalier
Partner
P: +1 973.596.4611
CCHEVALIER@FBTGIBBONS.COM

November 9, 2026

**Via ECF**

Honorable Tonianne J. Bongiovanni, U.S.M.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

**Re: AstraZeneca Pharmaceuticals LP v. Natco Pharma Limited, Civil Action No. 3:23-cv-796 (RK) (TJB) (Consolidated)**

Dear Judge Bongiovanni:

Our firm, together with Williams & Connolly LLP, represents Plaintiffs AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, AstraZeneca AB, KuDOS Pharmaceuticals Limited, The University of Sheffield, and MSD International Business GmbH (collectively, "Plaintiffs") in the above-referenced matter. We write pursuant to Local Civil Rule 101.1(c)(5) to respectfully request that the Court approve the withdrawal of Molly K. Moore as *pro hac vice* counsel for Plaintiffs (ECF No. 283), and remove her from electronic notifications in the above-referenced matter. Plaintiffs will continue to be represented by the law firms of FBT Gibbons LLP and Williams & Connolly LLP in this action. Thus, the withdrawal of Molly K. Moore as counsel will not impair Plaintiffs' representation.

If the Court finds this request acceptable, Plaintiffs respectfully request that Your Honor "So-Order" this letter. Should the Court wish to discuss this matter further, Plaintiffs are available at the Court's convenience. Plaintiffs thank the Court for its time and consideration.

Respectfully submitted,

s/ Charles H. Chevalier
Charles H. Chevalier

cc: All counsel of record (via ECF and email)