**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, ASTRAZENECA AB, KUDOS PHARMACEUTICALS LIMITED, THE UNIVERSITY OF SHEFFIELD, AND MSD INTERNATIONAL BUSINESS GMBH,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**NATCO PHARMA LIMITED, CIPLA LIMITED, CIPLA USA, INC., ZYDUS PHARMACEUTICALS (USA) INC., AND ZYDUS LIFESCIENCES LIMITED,**<br><br>**Defendants.** | **Consol. Court No. 3:23-cv-00796-JCG-TJB**<br><br>**ANDA CASE** |

**SECOND AMENDED SCHEDULING ORDER**

Upon consideration of the arguments and proceedings held before the Court at the Final Pre-trial Conference held on November 6, 2026, it is hereby:

**ORDERED** that Defendants shall provide a response to each of the portions of the Opening Expert Report of Dana Ferraris, PhD, MBA (ECF No. 353-1) and of the Reply Expert Report of Dana Ferraris, PhD, MBA (ECF No. 353-2) that Plaintiffs proposed to preclude in Plaintiffs' [Proposed] Order on Plaintiffs' Motion to Exclude Opinions of Dr. Dana Ferraris (ECF No. 352-2) and meet and confer with Plaintiffs to

resolve their disputes. The Parties shall file a joint status report on or before November 13, 2026 informing the Court of the remaining disputes to be resolved; and it is further

**ORDERED** that Defendant Natco Pharma Limited, Defendant Zydus Pharmaceuticals (USA) Inc., and Defendant Zydus Lifesciences Limited shall file a statement on or before November 30, 2026 as to whether each Defendant does or does not stipulate to infringement of each of U.S. Patent Nos. 11,975,001 ("the '001 Patent"), 12,144,810 ("the '810 Patent"), and 12,178,816 ("the '816 Patent"). If a Defendant files a statement to the effect that Defendant does not stipulate to infringement of one or more of the '001, '810, and '816 Patents, or if the Parties reach agreement on any other issues that narrow the disputes for trial, the Parties shall file an amended proposed final pre-trial order on or before December 3, 2026; and it is further

**ORDERED** that the Parties shall file pre-trial briefs on or before January 13, 2027 conforming to the form and page limitations set forth in Local Rule 7.2, which shall address disputed legal and evidentiary issues; and it is further

**ORDERED** that this matter is scheduled for a 6-day bench trial beginning at 9:00 a.m. EST on January 27, 2027 at the U.S. District Court for the District of New Jersey, Clarkson S. Fisher Federal Building & U.S. Courthouse, 402 E. State Street, Trenton, New Jersey 08608, with the subsequent trial days beginning at 9:00 a.m. EST. Trial will be conducted January 27–29, 2027, and will continue on February 3–

5, 2027. The trial will be timed, as the Parties will be allocated 18 hours each in which to present their respective cases, including 1 hour and 30 minutes for each side to present opening arguments (which shall be counted towards the 18 hours allotted to each side); and it is further

**ORDERED** that the Parties shall file post-trial briefs on or before March 1, 2027, which shall address proposed Findings of Fact and Conclusions of Law and contain citations to the trial transcript and exhibits. The Parties shall file responsive briefs on or before March 22, 2027; and it is further

**ORDERED** that closing arguments are scheduled beginning at 9:00 a.m. EDT on April 1, 2027 at the U.S. District Court for the District of New Jersey, Clarkson S. Fisher Federal Building & U.S. Courthouse, 402 E. State Street, Trenton, New Jersey 08608. Counsel will be allocated 1 hour and 30 minutes each to present closing arguments (that will not be included in the 18 hours each side will be allocated for trial).

IT IS SO ORDERED this 9th day of November, 2026.

/s/ Jennifer Choe-Groves
Jennifer Choe-Groves
U.S. District Court Judge*

* Judge Jennifer Choe-Groves, of the United States Court of International Trade, sitting by designation.

**EXHIBIT A**

Chart of Relevant Deadlines

| Event | Deadline |
|---|---|
| Expiration date of U.S. Patent No. 7,449,464 (ANDA date) | September 8, 2027 |
| Joint Status Report regarding the opinions of Dr. Ferraris and any other remaining disputes | November 13, 2026 |
| Defendants' Stipulations | November 30, 2026 |
| Joint Amended Proposed Final Pre-trial Order | December 3, 2026 |
| Pre-trial Briefs | January 13, 2027 |
| Bench Trial (6 days) | January 27–29, 2027, and February 3–5, 2027 at 9:00 a.m. EST each day at the Clarkson S. Fisher Federal Building & U.S. Courthouse, 402 East State Street, Trenton, N.J. 08608 |
| Post-trial Briefs | March 1, 2027 |
| Responsive Briefs to Post-trial Briefs | March 22, 2027 |
| Closing Arguments | April 1, 2027 at 9:00 a.m. EDT at the Clarkson S. Fisher Federal Building & U.S. Courthouse, 402 East State Street, Trenton, N.J. 08608 |